**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TIG INSURANCE COMPANY, as successor by merger to International Insurance Company and International Surplus Lines Insurance Company;<br><br>        Plaintiff-Judgment Creditor,<br><br>v.<br><br>REPUBLIC OF ARGENTINA as successor to Caja Nacional de Ahorro y Seguro; and CAJA NACIONAL DE AHORRO Y SEGURO;<br><br>        Defendants-Judgment Debtors. | Case No. 1:18-mc-00129 |

**[PROPOSED] ORDER GRANTING TIG INSURANCE COMPANY'S MOTIONS FOR
(1) <u>EMERGENCY</u> RELIEF CONCERNING REAL PROPERTY
ABOUT TO BE SOLD BY THE REPUBLIC OF ARGENTINA;
(2) ATTACHMENT-RELATED RELIEF IN AID OF EXECUTION ON JUDGMENTS;
AND (3) WRIT OF EXECUTION ON JUDGMENTS**

Upon the Motions of the Plaintiff TIG Insurance Company, by and through its undersigned counsel, Mitchell Silberberg & Knupp, the Court finds that the relief as ordered herein is not barred by Section 1610 of the Foreign Sovereign Immunities Act, including for the following reasons:

1. The default judgments issued on July 5, 2001 in *International Insurance Co. v. Caja Nacional de Ahorro y Seguro*, 00 C 6703 (N.D. Ill.) and on January 8, 2018 in *TIG Insurance Co. v. Republic of Argentina*, No. 17-cv-02835 (N.D. Ill.) (together, the "Default Judgments") are "based on an order confirming an arbitration award" within the meaning of 28 U.S.C. § 1610(a)(5);

2. The property at 2136 R St., NW, Washington, D.C., is "property in the United States of a foreign state … used for a commercial activity in the United States" within the meaning of 28 U.S.C. § 1610(a); and

3. a "reasonable period of time has elapsed following the entry" of the Default Judgments "and the giving of any notice" by TIG within the meaning of 28 U.S.C. § 1610(c).

Accordingly, the Court hereby **ORDERS** as follows:

**(1) EMERGENCY RELIEF REGARDING SALE STATUS OF PROPERTY & PROCEEDS FROM ANY SALE:** Pursuant to, *inter alia*, this Court's inherent authority to order procedural relief, *see* Fed. R. Civ. P. 83(b), and D.C. Code Section 16-550, under which "[t]he court may make all orders necessary for the preservation of the property attached," including "order[ing] that the property be sold and its proceeds paid into court and held subject to its order on the final decision of the case," it is hereby **ORDERED** that:

A. for the next 180 days, or until this Court is able to address the instant motions for attachment-related relief and execution on judgments, 2136 R St. NW, may not be withdrawn from the auction market;

B. if 2136 R St., NW is sold, the proceeds of any sale shall be paid to the Court Registry Investment System (CRIS), pending final outcome of this enforcement action; and

C. if 2136 R St., NW is not sold within the next 180 days, then an order to show cause should issue for why the Court should not appoint a receiver and force the sale of 2136 R St., NW on terms that are just and proper, with any sale proceeds to be turned over to TIG.

**(2) ATTACHMENT-RELATED RELIEF IN AID OF EXECUTION:** Pursuant to, *inter alia*, D.C. Code Section 16-550 (allowing for "all orders necessary for the preservation of the property"); D.C. Code Section 15-102(a)(1) & (2) (providing that any "final judgment or decree for the payment of money … shall constitute a lien on [the judgment debtor's] freehold and leasehold estates … from the date such judgment … is filed and recorded in the office of the Recorder of Deeds of the District of Columbia"); D.C. Code Section 16-544 ("An attachment may be levied upon the judgment debtor's goods, chattels, and credits."); and D.C. Code Section 16-515 (attachment may also be "levied upon money or property of the defendant in the hands of the marshal"), it is hereby **ORDERED** that:

A. the enclosed writ of attachment shall issue on the Republic of Argentina's interest in any future proceeds from the sale of 2136 R St., NW, in an amount not to exceed $33,666,021.17;

B. the enclosed writ of attachment shall issue on the property at 2136 R St., NW; and

C. TIG is granted leave to file and record the Default Judgments with the Recorder of Deeds of the District of Columbia with respect to the property at 2136 R St., NW.

**(3) EXECUTION:** Pursuant to, without limitation, D.C. Code Sections 15-307, 15-311, and 16-532, it is hereby **ORDERED** that the Republic of Argentina must appear at the following date and time _____ to show cause for why the following writs should not issue:

A. a writ of execution (i.e., a writ of *fieri facias*) on the Republic of Argentina's interest in any future proceeds from the sale of 2136 R St., NW, in an amount not to exceed $33,666,021.17; and/or

**B.** a writ of execution (i.e., a writ of *fieri facias*) on any proceeds, then existing at the time of the writ's issuance, from the sale of 2136 R St., NW, in an amount not to exceed $33,666,021.17.

\* \* \*

Furthermore, in connection with the relief above, it is also hereby **ORDERED** that:

The United States Marshal for the District of Columbia shall post a copy of this order and the enclosed writs of attachment upon the premises at 2136 R St., NW;

TIG Insurance Company shall serve a copy of this order and the enclosed writs of attachment upon Washington Fine Properties, LLC by hand or personal delivery forthwith, with a proof of service to be returned to this Court;

TIG Insurance Company shall serve a copy of this order and the enclosed writs of attachment upon the Republic of Argentina forthwith by way of registered and certified mail to the State of Illinois, Department of Insurance and to the law firm of Locke Lord, and shall also serve said documents by hand delivery to the Embassy of the Republic of Argentina to the United States of America, with proofs of service to be returned to this Court; and

It is furthermore **ORDERED** that TIG Insurance Company shall appear at the following date and time _____ for a status conference and to discuss further possible means of service to the Republic of Argentina, at which time a subsequent order may issue.

**SO ORDERED.**

DATED: September \_, 2018

By: _____
United States District Judge for the District of Columbia

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TIG INSURANCE COMPANY, as successor by merger to International Insurance Company and International Surplus Lines Insurance Company; <br><br> Plaintiff-Judgment Creditor, <br><br> v. <br><br> REPUBLIC OF ARGENTINA as successor to Caja Nacional de Ahorro y Seguro; and CAJA NACIONAL DE AHORRO Y SEGURO; <br><br> Defendants-Judgment Debtors. | Case No. 1:18-mc-00129 |

**WRIT OF ATTACHMENT IN AID OF EXECUTION ON JUDGMENT**

THE PRESIDENT OF THE UNITED STATES, TO THE MARSHAL FOR THE DISTRICT OF COLUMBIA:

You are hereby commanded to attach, seize, and take into your custody the below-named piece or parcel of real property within the District of Columbia, as well as the Republic of Argentina's equitable interest in the proceeds from the sale of such property, and any such proceeds themselves generated from a sale.

The judgments were entered on the following dates and under the following captions: July 5, 2001 in *International Insurance Co. v. Caja Nacional de Ahorro y Seguro*, 00 C 6703 (N.D. Ill.); and January 8, 2018 in *TIG Insurance Co. v. Republic of Argentina*, No. 17-cv-02835 (N.D. Ill.), with the Republic of Argentina being a successor-in-interest to the judgment debt of Caja Nacional de Ahorro y Seguro.

That which is so attached shall safely keep, subject to the orders of the Court.

And you shall serve a notice on the said defendant, if found in the District of Columbia, and on any person in whose possession any such property may be attached, to appear in said

Court on _____, and show cause, if any there be, why the property, proceeds, and/or equitable interest so attached should not be condemned, and execution thereof had; said notice to be served on the said defendant by delivering a copy of this writ; and return this writ so endorsed as to show how and when you executed it.

WITNESS the Judge of said Court, this _____ day of _____

LET THIS WRIT ISSUE:

By:_____
United States District Judge

By: _____
Angela D. Caesar, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TIG INSURANCE COMPANY, as successor by merger to International Insurance Company and International Surplus Lines Insurance Company;<br><br>        Plaintiff-Judgment Creditor,<br><br>v.<br><br>REPUBLIC OF ARGENTINA as successor to Caja Nacional de Ahorro y Seguro; and CAJA NACIONAL DE AHORRO Y SEGURO;<br><br>        Defendants-Judgment Debtors. | Case No. 1:18-mc-00129 |

**NOTICE OF WRIT OF ATTACHMENT IN AID OF EXECUTION**

TO:    THE REPUBLIC OF ARGENTINA, Defendant

YOU ARE HEREBY NOTIFIED TO APPEAR IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON _____ AND SHOW CAUSE, IF ANY THEREBY, WHY THE PROPERTY, PROCEEDS, AND/OR EQUITABLE INTEREST SO SPECIFIED, SEIZED BY VIRTUE OF THE FOREGOING WRIT OF ATTACHMENT, SHOULD NOT BE CONDEMNED AND EXECUTION THEREOF HAD.

DATED:

                                      By: _____
                                                United States Marshal