**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TIG INSURANCE COMPANY, as successor by merger to International Insurance Company and International Surplus Lines Insurance Company;

Plaintiff-Judgment Creditor,

v.

REPUBLIC OF ARGENTINA as successor to Caja Nacional de Ahorro y Seguro; and CAJA NACIONAL DE AHORRO Y SEGURO;

Defendants-Judgment Debtors.

Case No. 1:18-cv-00129

**DECLARATION OF MARK N. BRAVIN**

I, Mark N. Bravin, declare as follows:

1. I am an attorney duly admitted to practice law before the United States District Court for the District of Columbia. I am, through my professional corporation, a Partner of the law firm of Mitchell, Silberberg & Knupp LLP, which is counsel to TIG Insurance Company. I submit this Declaration in support of TIG's Motions for (1) Emergency Relief Concerning Real Property about To Be Sold by the Republic of Argentina; (2) Attachment-Related Relief in Aid of Execution on Judgments; and (3) Writ of Execution on Judgments. I make the following statements based on my personal knowledge.

2. On July 15, 2015, Bloomberg Markets Magazine published an article entitled "¡No! Why Argentina Refuses to Pay Its Debts," which describes the refusal of the Argentine Republic (the "Republic") to pay its international debts. Attached hereto as **Exhibit A** is a true and correct copy of the Bloomberg Market Magazine article, dated July 15, 2015. The article is

also available online at https://www.bloomberg.com/news/features/2015-07-17/-no-why-argentina-refuses-to-pay-its-debts (last visited Sept. 24, 2018).

3. On February 5, 2004, La Nación, an Argentine daily newspaper, published a Spanish-language article entitled "The Government Protects Itself from Seizures" that describes the Republic's policy of avoiding legal seizure by hiding its monetary assets from United States creditors. Attached hereto as **Exhibit B** is a true and correct copy of the Spanish-language La Nación article, and a rough English translation, dated February 5, 2004. The Spanish version of the article is also available online at http://www.lanacion.com.ar/570271-el-gobierno-se-protege-de-los-embargos (last visited Sept. 24, 2018).

**The Republic of Argentina's Auction of 2136 R St., NW**

4. In 2016, as detailed in the accompanying Declaration of Bernardo Custo, the Republic announced it would put certain of its properties in Washington, D.C up for sale on the open market. Recently, the Republic listed for sale its property at 2136 R. St., NW, Washington DC. According to a June 12, 2018 article published by Clarín, another Argentine newspaper, that property has been closed for the past 20 years and is in deteriorated condition. Attached hereto as **Exhibit C** is a true and correct copy of screen shots of a Spanish to English Google translation of the Clarín article entitled "It was used for the last time in 1997 – The State wants to sell a house in Washington that has been abandoned for 20 years." The Spanish-language version of the article is also available at https://www.clarin.com/politica/quiere-vender-casona-washington-lleva-20-anos-abandonada_0_HkniRBagm.html (last visited Sept. 24, 2018).

5. In early August, my office learned that Washington Fine Properties, LLC ("WFP") – serving as the real-estate broker on behalf of the Republic for purposes of selling the property – listed 2136 R St., NW for public auction, with a base price of $2.5M, on or about

August 1, 2018. Through our contacts at the Multiple Listing Service ("MLS"), my office acquired the flyer and accompanying terms and conditions for the public auction. Attached hereto as **Exhibit D** is a true and correct copy of the flyer and terms and conditions for the auction.

6. Since WFP's listing 2136 R St., NW on August 1, both WFP's website and the MLS continue to list the property for sale. Attached hereto as **Exhibit E** is a compilation of screenshots from WFP's website and other various property-listing websites, which my office compiled on September 24, 2019. Those websites show that 2136 R St., NW continues to be actively listed for sale at $2.5M.

**Hague Convention Service of the 2001 Default Judgment**

7. On July 5, 2001, the United States District Court for the Northern District of Illinois entered a default judgment against Caja Nacional de Ahorro y Seguro ("Caja Nacional") in *International Ins. Co. v. Caja Nacional de Ahorro y Seguro*, Case No. 1:00-cv-06703. TIG Insurance Company ("TIG"), the Plaintiff-Judgment Creditor in this action, served the 2001 default judgment on Caja Nacional through the State of Illinois Department of Insurance in accordance with the special arrangements for service of process in Article XX of the parties' reinsurance contracts (the efforts of which are detailed in the accompanying Declaration of Julie Rodriguez Aldort).

8. On August 2, 2017, my office also undertook to serve the 2001 default judgment and related documents on the Republic and Caja Nacional pursuant to The Hague Convention of November 15, 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention"). Specifically, my office sent to the Republic's Central Authority, designated under the Hague Convention (the International Legal Assistance

Department in the Office of the Legal Advisory in the Ministry of Foreign Affairs and Worship),

TIG's requests for Hague Convention service of three judicial documents certified by the U.S.

District Court for the Northern District of Illinois. Those documents include (a) the July 5, 2001

default judgment; (b) a March 17, 2005 Sanctions Order; and (c) a July 11, 2014 Order Reviving

the July 5, 2001 Default Judgment. TIG requested that the Central Authority serve those

documents on (1) the Republic, through the Head of the Ministry of Foreign Affairs and

Worship, (2) Caja Nacional, through the Head of the Ministry of Economy and Public Finances,[1]

and (3) Caja Nacional, through Dr. Silvina Gonzalez Napolitano, National Director of

International Affairs and Controversies.[2]

9.    On April 11, 2018, my office, received from the Central Authority, Certificates of

Service, dated April 5, 2018, attesting that service was properly effected on the Republic

(through the Head of the Ministry of Foreign Affairs and Worship) on November 3, 2017 and on

Caja Nacional (through both the Head of the Ministry of Economy and Dr. Napolitano) on

November 9, 2017. Attached hereto as **Exhibit F** are true and correct copies of the three

Certificates of Service we received from the Central Authority and certified Spanish to English

translations of the Certificates.

---

[1] As detailed further in the accompanying Declaration of Bernardo Gustavo Custo, the Ministry of Economy and Public Finances assumed management responsibility for, as well as the assets and liabilities of, Caja Nacional under the Ministry's Resolution No. 470 of April 7, 1994; No. 893 of July 31, 1998; and No. 563 of 2005.

[2] Dr. Gonzales Napolitano, as a representative in the Argentine Attorney General for the National Treasury, was directly involved in 2016 in negotiating the Republic's payment of the 2001 default judgment. Since then, she became the National Director of the Argentine agency in which the Attorney General for the National Treasury resides. Accordingly, TIG served Dr. Gonzales Napolitano as an additional method of effecting service on the defunct Caja Nacional.

**Hague Convention Service of the 2018 Default Judgment**

10. On July 8, 2018, the United States District Court for the Northern District of Illinois entered a default judgment against the Republic in *TIG Insurance Company et al. v. Republic of Argentina*, Case No. 1:17-cv-02835. TIG served the 2018 default judgment on the Republic in accordance with the parties' special arrangement for service of process (as explained in the accompanying Declaration of Julie Rodriguez Aldort).

11. On March 16, 2018, my office also served the 2018 default judgment on the Republic pursuant to the Hague Convention by sending to the Republic's Central Authority TIG's Hague Convention service request and a copy of the judgment, certified by the U.S. District Court for the Northern District of Illinois. TIG requested that the Central Authority serve the 2018 default judgment on the Republic, through the Head of the Ministry of Foreign Affairs and Worship. The Central Authority confirmed in an April 5, 2018 letter addressed to me (and received by my office on May 3, 2018) that it had received the Hague Convention service request and had begun the process of serving the judgment on the Republic. Attached hereto as **Exhibit G** is a true and correct copy of the Central Authority's April 5, 2018 letter confirming receipt of TIG's Hague Convention service request and a certified Spanish to English translation of the April 5 letter.

12. On June 11, 2018, my office wrote to Dr. Moira Martinez, an attorney at the Central Authority, to inquire about the status of TIG's Hague Convention service and to request a Certificate of Service. Dr. Martinez did not respond. TIG has since learned that the Republic was served with the 2018 default judgment in accordance with Article 5(a) of the Hague Convention on June 14, 2018. Attached hereto as **Exhibit H** is a true and correct copy of a Spanish-language cover letter from Argentina's Federal Court on Administration Litigation

Matters No. 9 to the Argentine Ministry of Foreign Affairs and Worship, dated June 14, 2018, indicating Hague service of the 2018 default judgment, together with a certified Spanish to English translation of that letter. Also included in **Exhibit H** is a June 26, 2018 Spanish-language cover letter from the Argentine Ministry of Foreign Affairs and Worship to the Argentine Ministry of Treasury, forwarding the June 14, 2018 Hague service letter and copy of the 2018 default judgment, along with a certified Spanish to English translation of the June 26 letter.

13. Having heard no response from the Central Authority concerning my office's June 11 request or the Hague Convention service effected on the Republic by the Argentine Federal Court on June 14, my office inquired again, on September 4, 2018, with Dr. Martinez about the status and Certificate of Service. Attached hereto as **Exhibit I** is a true and correct copy of the email exchange including my office's June 11 and September 4, 2018 follow-up requests for Hague Convention service status and a Certificate of Service confirming the service, together with a certified Spanish to English translation of the email exchange. As of today, my office has not received the Certificate from the Central Authority.

14. On September 20, 2018, I contacted the Central Authority by telephone to request a copy of a Certificate of Service. I was informed that Dr. Moira Martinez had the file for TIG's Hague Convention service request but was in meetings outside the office and that Dr. Martinez would be informed of my request. As of today, I have not received a response from Dr. Martinez.

15. There is ample basis for the Court to find that TIG has complied with the requirements for Hague Convention service of the 2018 default judgment on the Republic. If certain conditions are met under Hague Convention Article 15, a court can "obtain jurisdiction

over a foreign defendant for purposes of giving judgment when a plaintiff has not received a certificate of service or delivery." *Scheck v. Republic of Argentina*, No. 10 CIV. 5167 TPG, 2011 WL 2118795, at *3-4 (S.D.N.Y. May 23, 2011). Those conditions are: "'a) the document was transmitted by one of the methods provided for in this Convention, b) a period of time of not less than six months, considered adequate by the judge in the particular case, has elapsed since the date of the transmission of the document, [and] c) no certificate of any kind has been received, even though every reasonable effort has been made to obtain it through the competent authorities of the State addressed.'" *Id.* (quoting Article 15 of the Hague Convention). All of those conditions have been met in this case. More than six months have passed since March 16, 2018 when TIG transmitted to the Central Authority its request for Hague Convention service, and TIG has not received a Certificate of Service, despite diligent efforts to obtain one from the Central Authority.

**Recording of *Lis Pendens***

16. On September 25, 2018, my office filed with the District of Columbia Recorder of Deeds a "Notice of Pendency of Action (Lis Pendens)" concerning 2136 R St., NW and this action to enforce the 2001 and 2018 judgments. Attached hereto as **Exhibit J** is a true and correct copy of the certified notice, bearing Document No. 2018096421-3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of September 2017 in Washington, DC.

*/s/ Mark N. Bravin*
Mark N. Bravin (D.C. Bar No. 249433)
Mitchell Silberberg & Knupp LLP
Attorneys for TIG Insurance Company

# EXHIBIT A

**Bloomberg Markets**

# Why Argentina Consistently, and Unapologetically, Refuses to Pay Its Debts

A visitor at the Museum of Foreign Debt in Buenos Aires. To the right is an image of former president Carlos Menem, whose efforts to control inflation produced a heavy debt load for the country.

Photographer: Newscom via Bloomberg

by **Michael Smith**
July 16, 2015, 9:01 PM PDT
From

Argentina's fight with foreign banks and bondholders is more than just business. It's part of the national psyche, enshrined in a special museum at the business school at the University of Buenos Aires. The Museum of Foreign Debt is nothing fancy. There are a few flimsy panels plastered with grainy photos, dates, text, and graphs.

Oh, but the saga portrayed on those panels! Banks, bond investors, and the International Monetary Fund flood crooked regimes with overpriced credit. The Argentine economy collapses, and the people suffer. International markets are roiled. It happens time and time again. The story has all the emotions of a good tango.

Argentina has reneged on foreign debt obligations at least seven times, starting in 1827. The latest was in July 2014, when Argentina defaulted rather than give in to pressure from Paul Singer of Elliott Management. The fight with Singer has been going on for a dozen years, and the term vulture investor—rather esoteric in much of the world—is now pretty much universally known in Argentina. It's so much on people's minds that Buenos Aires toy stores carry a homegrown board game called Vultures, packaged in a box depicting a pair of the birds picking at a pile of dollars. "We planted the anti-vulture flag in the world," President Cristina Fernández de Kirchner said in a speech in mid-May. "We gave a name to international usury and despotism."

One May morning at the debt museum, guide Antonella Fagnano, a 21-year-old business major, describes Argentines' attitude toward default. She pauses by a black-and-white photo of the late General Jorge Videla, who led a 1976 coup that ushered in a seven-year dictatorship. Successive presidents in that period loaded up on foreign debt to finance, among other things, the 1982 Falklands War with the U.K.

Today's Argentina, Fagnano says, has no moral obligation to make good on debts like those. In fact, it would be wrong to pay. "Foreigners financed a lot of leaders, like these dictators. They didn't do what they were supposed to do with the money, and left future generations the debt," she says, shaking her head. "So, of course, you cannot allow that."

Fernandez is nearing the end of her term, and it doesn't look like things will change under the next president. Daniel Scioli, the front-runner for October elections, vows to carry on the fight against paying the vultures in full.

Argentina defaults for the first time, failing to make payments on foreign debt taken on after independence from Spain a decade earlier. The default sends financial markets into turmoil.

1890

A second default, and the government of President Miguel Juárez Celman collapses. Markets are roiled. The Bank of England bails out one big creditor, Baring Brothers & Co.

Former military commander Juan Domingo Perón pays off Argentina's foreign debt with revenue from grain sales to war-ravaged Europe. Perón refuses to join the recently created World Bank and IMF and take on new debt.

1956

A year after Perón is toppled in a coup, Argentina becomes a member of the IMF and World Bank. The move ushers in decades of borrowing—and of vociferous complaining. For the next 50 years, Argentine leaders will vilify the IMF for pressuring the country to cut its spending and increase its debt payments.

1976

General Jorge Videla leads a coup that topples the government of Isabel Martínez de Perón, Juan Perón's widow. This ushers in a vicious dictatorship whose economic policies drive up foreign debt.

1983

President Raúl Alfonsín ushers in a return to democracy, but his government is crippled by hyperinflation and debt. Alfonsín introduces a new currency, the doomed austral. He declares a six-month moratorium on making payments.

Alfonsín officially defaults on foreign debt payments.

President Fernando de la Rúa tries to sustain the currency peg. As investors





1989

Carlos Menem wins the presidency and imposes draconian currency controls that peg the dollar to the peso, 1 to 1. To finance this move, Menem sells off massive state companies and piles on foreign debt.

2001
POLICE

peg. As investors and the rich pull funds from the country, De la Rúa freezes all bank accounts. Waves of rioting spread across the country. On Dec. 21, De la Rúa resigns and flees the presidential palace in a helicopter.

2001

In a single week, Argentina has five presidents. One of them, Adolfo Rodriguez Saá, declares the biggest default in world history, on $95 billion of mostly foreign debt. The country slides into recession. Within months, the peso jumps to almost 4 to the dollar.

2003

Paul Singer's Elliott Management starts suing to be repaid for defaulted Argentine debt it bought for pennies on the dollar. Singer has demanded ever since to be paid in full. President Néstor Kirchner, followed by his successor and wife, Cristina Fernández de Kirchner, refuse to pay, calling Singer a vulture. Years later, Singer's fund tries to seize an Argentine navy ship in Ghana and weapons in U.S. warehouses in lieu of payment. Fernandez has to rent a private jet for a visit to Indonesia to keep Singer from seizing the presidential plane.

2005

Néstor Kirchner plays hardball with investors and negotiates a restructuring that forces them to forgive roughly 70 percent of Argentina's debt. Creditors holding about 72 percent of the country's bonds, by value, accept the deal. Paul Singer and a few others say no.

2006
Néstor Kirchner's government pays off all IMF debt.

June 2014

DESPIDOS EN DONNELLEY Y LEAR

The 2012 ruling of U.S. District Judge Thomas Griesa goes into effect. Argentina can't pay holders of its restructured debt (now about 93 percent of total debt) without also paying more than $1.5 billion to holdouts. Griesa becomes a household name in Argentina.

July 2014

Economy Minister Axel Kicillof balks at a deal to repay the holdouts. He walks out of a New York meeting with creditors, and Argentina defaults again. The country has deposited $539 million in payments on the restructured debt in a New York bank, and more in the Argentine central bank, but it can't be distributed to creditors.

March 2015
BUITRES

A board game called Vultures, a Game for People Without Scruples, appears in Buenos Aires toy stores. Players pose as global bankers during a growing financial crisis, lying, cheating, and embezzling their way to success.

Left to right, top to bottom: wikimedia commons; wikimedia commons; Everett Collection Historical/Alamy; OFF/AFP/Getty Images; Kucharz/ullstein bild via Getty Images; AP Photo/Victor R. Caivano; Timothy A. Clary/AFP/Getty Images; STR/AFP/Getty Images; DYN/Getty Images; Sergey Bobylev/Kommersant Photo via Getty Images; Jacob Kepler/Bloomberg; Daniel Garcia/AFP/Getty Images; AP Photo/Victor R. Caivano; Timothy A. Clary/AFP/Getty Images

*This story appears in the July/August special Rivalry Issue of Bloomberg Markets magazine. With assistance from Pablo Gonzalez.*

# EXHIBIT B

TRANSLATION

**The Government protects itself from seizures**

***Central Bank funds were withdrawn from New York reserves; studying the payment of post-default bonds through trusts. Officials abroad are paid in Argentina or by diplomatic pouch.The Tango 01 and the Frigate Liberty avoid going to countries where there are threats of seizure.***

Alejandro Rebossio
THE NATION
THURSDAY, FEBRUARY 05, 2004

Once again the Argentines received a call for calm on the part of their rulers. This week, Cabinet Chief Alberto Fernandez said that the country's assets are protected from the threat of seizures sought by foreign creditors, a growing risk since a path to such claims was opened last Saturday in the United States.

Central Bank (BCRA) reserves deposited in New York banks were withdrawn, funds of Banco Nación were repatriated from its New York branch, and the salaries of officials abroad are being paid with deposits in Argentina or by sending the money in the so-called diplomatic pouch, which enjoys immunity. The presidential plane avoids landing in countries where bondholders have called for seizures, such as Germany. The Frigate Liberty also avoids those ports.

The Ministry of the Economy pays in Argentina foreign holders of Boden bonds whose maturity dates are regularly subscribed because it is treated as debt issued after the cessation of payments in December 2001. There are a variety of measures that this and previous governments have practiced with stealth, but have already been warned by the bondholders who are suing the country in foreign courts.

A spokesman of the Ministry of the Economy said that Argentina does not hide its assets and participates in the judicial process of discovery with creditors in the United States to inform them of the assets subject to litigation. A Ministry official refused to disclose how the government avoids seizures because it would "fuel" the plaintiffs.

Argentina has been protecting its assets since August 2001, when then-President Fernando de la Rua and his Economy Minister Domingo Cavallo denied the possibility of a default. At that time, Cavallo ordered the then Central Bank president, Roque Maccarone, to transfer reserves from the New York headquarters of Deutsche Bank to the International Bank for Payment (BIP) in Basel, Switzerland.

Reserves are protected by sovereign immunity, even in the United States, but Argentina preferred to avoid the risk of a judge seizing them on the grounds that they did not actually belong to the BCRA, but instead were resources of the Executive. That is why it sent them to the BIP, where there are only central bank reserves of the whole world and, thus, did not leave roojm for any confusion. "We try to make sure that we do not put into reserves money that belongs to the Government," Central Bank sources said.

This was how the monetary authority withdrew all the reserves it had in New York, at Deutsche Bank, Citibank and the Federal Reserve (the U.S. central bank), before the default and in the first few months after, according to creditors' representatives. Something was brought to Buenos Aires. "It's a fraud to get purposely insolvent," warned the bond-holder's lawyer in the

United States. "That is why we are going to ask Thomas Griesa (the New York judge who handles the claims against Argentina) to consider the assets that the country had before the default and to disregard the effect of the transfers to Basel," he added.

About 80% of the Central Bank's reserves have been concentrated at the BIP, but the operation has had its cost. In Basel, the interest rate is 0.125 percentage points lower than the rate is paid in private US banks. Therefore, $130 million was lost in the last two years.

The Kirchner administration is depositing in the local entity Caja de Valores the dollars for the maturities of the Boden bonds and foreign bondholders prefer that to ensure collection. The Ministry of the Economy is already thinking about how it will pay creditors to accept the swap of default debt for new bonds. One option is to send the money to a creditors trust. "They say that the trust is a vehicle and is outside the debtor's estate," explains the bondholders' lawyer.

Multilateral agencies are paid in Argentina or in the BIP. One of the few seizures was in Italy, against a 75 million euro reduction in the Government's budget line for SMEs [small and medium-sized enterprises].

THE NATION

Economy

Copyright 2017 LA NACION | All rights reserved

Member of GDA. Newspaper Group America

# El Gobierno se protege de los embargos

Retiró de Nueva York reservas y fondos del Banco Nación; estudia pagar los bonos posdefault mediante fideicomisos A los funcionarios en el exterior se les paga en la Argentina o con valija diplomática El Tango 01 y la Fragata Libertad evitan países donde existen amenazas de embargos

SEGUIR *Alejandro Rebossio* LA NACION JUEVES 05 DE FEBRERO DE 2004

Una vez más los argentinos recibieron un llamado a la tranquilidad de parte de sus gobernantes. Esta semana, el jefe de Gabinete, Alberto Fernández, afirmó que los bienes del país están resguardados de la amenaza de embargos pedidos por acreedores extranjeros, un riesgo creciente desde que el sábado pasado se dio vía libre a los reclamos en Estados Unidos.

Se retiraron reservas del Banco Central (BCRA) que estaban depositadas en bancos de Nueva York, se repatriaron fondos del Banco Nación que estaban en su sucursal neoyorquina y están pagándose los sueldos de funcionarios en el exterior con depósitos en la Argentina o enviándoles el dinero en la llamada valija diplomática, que goza de inmunidad. El avión presidencial evita los aterrizajes en países donde los tenedores de bonos han pedido embargos, como Alemania. La Fragata Libertad también esquiva esos puertos.

El Ministerio de Economía les paga en la Argentina a los tenedores extranjeros de Boden, cuyos vencimientos se abonan con regularidad porque se trata de deuda emitida tras la cesación de pagos de diciembre de 2001. Se trata de una diversidad de medidas que este gobierno y los anteriores han practicado con sigilo, pero que ya han sido advertidas por los bonistas que demandan al país en tribunales foráneos.

**Más notas para entender este tema**

Lavagna cree que el FMI aprobará la segunda revisión

Deuda: el G-7 exige al país que negocie "de buena fe"

Un vocero de Economía afirmó que la Argentina no oculta sus bienes y participa del proceso judicial de *discovery* (descubrimiento) con los acreedores en Estados Unidos para informarles de los bienes sujetos al litigio. Un técnico del ministerio se negó a revelar cómo el Gobierno esquiva los embargos porque "avivaría" a los demandantes.

La Argentina viene protegiendo activos desde agosto de 2001, cuando el entonces presidente, Fernando de la Rúa, y su ministro de Economía, Domingo Cavallo, negaban la posibilidad de default. En aquel entonces Cavallo le ordenó al entonces presidente del Banco Central, Roque Maccarone, que transfiriera reservas desde la sede neoyorquina del Deutsche Bank al Banco Internacional de Pagos (BIP) de Basilea, Suiza.

Las reservas están resguardadas por la inmunidad soberana, incluso en Estados Unidos, pero la Argentina prefirió abortar el riesgo de que un juez las embargara aduciendo que en realidad no pertenecían al BCRA, sino que eran recursos del Ejecutivo. Por eso, las envió al BIP, donde sólo hay reservas de los bancos centrales de todo el mundo y, de ese modo, no se dejó lugar a la confusión. "Nosotros tratamos de que no nos metan en reservas dinero que es del Gobierno", admitieron fuentes del Central.

Así fue cómo la autoridad monetaria retiró todas las reservas que tenía en Nueva York, en el Deutsche Bank, el Citibank y la Reserva Federal (banco central norteamericano), antes del default y en los primeros meses posteriores, según fuentes de los acreedores. Algo se trajo a Buenos Aires. "Es un fraude insolventarse a propósito", advirtió el abogado de tenedores de bonos en Estados Unidos. "Por eso vamos a pedir a Thomas Griesa (el juez de Nueva York que atiende las demandas contra la Argentina) que considere los bienes que el país tenía antes del default y deje sin efecto las transferencias a Basilea", agregó.

En el BIP ha pasado a concentrarse alrededor del 80% de las reservas del Banco Central, pero la operación ha tenido su costo. En Basilea se paga un 0,125 punto porcentual menos de tasa de interés que en los bancos privados de Estados Unidos. Por lo tanto, se perdieron $ 130 millones de rendimiento en los últimos dos años.

La administración Kirchner está depositando en la Caja de Valores local los dólares por los vencimientos de los Boden y los tenedores del exterior así lo prefieren para asegurarse el cobro. Economía ya está pensando cómo les pagará a los acreedores que acepten el canje de la deuda en default por nuevos bonos. Una opción consiste en enviar el dinero a un fideicomiso de los acreedores. "Dicen que el fideicomiso es un vehículo y está fuera del patrimonio del deudor", explica el abogado de los tenedores.

A los organismos multilaterales se les paga en la Argentina o en el BIP. Uno de los pocos embargos se concretó en Italia contra una partida reducida del crédito de 75 millones de euros al Gobierno para las pymes.

LA NACION | Economía

# EXHIBIT C



It was used for the last time in 1997

# The State wants to sell a house in Washington that has been abandoned for 20 years

Its sale value reaches US $ 2,500,000. It is located in Kalorama, the exclusive neighborhood where the Obamas live.

The house in Washington that the State will sell. (Courtesy of AABE)
   



06/12/2018 - 12:35 I Clarin.com I Politics

State Asset Management Agency

The national State will sell a house of USD 2,500,000 located in an exclusive residential neighborhood in Washington, United States.

It is a building that functioned as the official residence of the Argentine mission in the Organization of American States (OAS) and that has been in a state of neglect and advanced deterioration for more than 20 years.



https://www.clarin.com/politica/quiere-vender-casona-washing...
1A | WAMU
MSNBC
Pandora Plus
Imported From IE
Relativity
Westlaw Sign In
Dictionary.com
POLITICS
SUBSCRIBE
ENTER
Ad By Connatix

The house in Washington that the State will sell. (AABE)



POLITICS

SUBSCRIBE ENTER

According to the State Property Administration Agency (AABE), the property was last used in 1997.

The residence is located only 2 kilometers from the White House, on R Street N 2136 NW 2136, in Kalorama, the neighborhood where Barack Obama and his family live, and Ivanka Trump, the daughter of the president of the United States. An exclusive residential area, headquarters of embassies.

The house in Washington that the State will sell. (AABE)

It is a brick building of the early twentieth century, with large carpentry and classic style in its more than two decades in disuse suffered the wear and tear of time: there are missing marbles, mirrors, paintings and even the structure that surrounded the home.



The house in Washington that the State will sell. (AABE)

It has 270 square meters, distributed over three floors, and the sale value is US $ 2,500,000.

The transaction will be carried out through a closed-bid public tender (not an auction) on August 24 at the Argentine embassy in Washington.

The house in Washington that the State will sell. (AABE)

The terms and conditions of the operation **were published on Tuesday in the Official Gazette** . You can also access them from **the AABE website** .

# EXHIBIT D



WASHINGTON
FINE PROPERTIES, LLC

# 2136 R Street, NW
# Washington, DC 20008

## Important Dates:

| | |
|---|---|
| Initial Bids Due to:<br>Washington Fine Properties<br>3201 New Mexico Ave, NW, Suite 220<br>Washington, D.C. 20016 | September 12, 2018 at noon |
| Initial Bids Opened at:<br>Embassy of Argentina<br>1600 New Hampshire Ave, NW<br>Washington, D.C. 20009 | September 12, 2018 at 3pm |
| Finalists Selected | by September 21, 2018 (w/in 10 days) |
| Final Bids Due to:<br>Washington Fine Properties<br>3201 New Mexico Ave, NW, Suite 220<br>Washington, D.C. 20016 | by September 28, 2018 (w/in 8 days) |
| Awarded Bidder Notified | by October 8, 2018 (w/in 10 days) |

## Pertinent Information:

- Legal Owner: The Argentine Republic
- Property Tax ID: 2513//0007
- Offer must be above the Base Price of $2,500,000
- "AS IS"
- Buyer pays all taxes and closing costs
- Minimum Term of 30 business days from Initial Bid Date
- Minimum 10% earnest money deposit, with proof of delivery via wire transfer prior to bid submission. Not accepted bids will have deposit returned w/in 5 days.
- Signed on all pages, delivered in a sealed envelope
- Sale conditional on the approval of the Department of State Office of Foreign Missions, which is typically granted w/in 60 days
- Bids must include Annex II regarding connections to government officials and proof of ID.
- Preferred title company: Chicago Title

**Kerry Fortune Carlsen**
202-257-7447
kerry.fortune@wfp.com
DC License: SP98361913

**Liza Tanner Boyd**
202-641-7064
liza.tannerboyd@wfp.com
DC License: SP98376510

# RELEASE, WAIVER AND INDEMNITY AGREEMENT

THIS AGREEMENT was executed on the _ day of _____________, 20_ , by _________________________________, for himself(herself), his(her) spouse, legal representatives, personal representatives, estate, heirs, assigns and beneficiaries (collectively referred to as "Releasor"), for the benefit of The Republic of Argentina and their respective agents, employees, partners, and affiliated entities (collectively referred to as "Released Parties").

In consideration of being permitted to enter upon the property located at 2136 R Street, NW, Washington, DC, ("Property"), where Releasor may be exposed to areas which may pose a risk of injury to person and property, Releasor, to the maximum extent allowed by law, releases, waives and discharges the Released Parties from any and all claims or causes of action for personal injury, property damage, or wrongful death occurring or arising as a result of engaging in the above-described activities and any activities incidental thereto, wherever and however such injury, damage or death may occur, including, without limitation, the negligence of any of the Released Parties.

To the maximum extent allowed by law, Releasor agrees to indemnify, defend and hold harmless the Released Parties, and each of them, from any and all claims, demands, suits, actions, causes of action, loss, liability, damages, costs, and expenses, including reasonable attorneys' fees, suffered, paid or incurred by any of the Released Parties by reason of the actions, inactions, or the presence of Releasor in or upon the Property.

Releasor hereby assumes full responsibility to the maximum extent allowed by law for the risk of personal injury, death or property damage due to any condition of the Property or due to the negligence of the Released Parties, or any of them, or otherwise while Releasor is in or upon the Property. Releasor hereby expressly acknowledges that he(she) has been fully advised that there are certain dangers inherent in entering upon the Property, and Releasor voluntarily assumes all such risks and dangers attendant to those activities, including, without limitation, the negligence, if any, of the Released Parties. Releasor expressly agrees that this Agreement is intended to be as broad and inclusive as permitted by applicable law, and that if any portion hereof is held invalid, the remainder shall continue in full legal force and effect.

BY SIGNING THIS AGREEMENT, RELEASOR UNDERSTANDS THAT HE(SHE) IS RELEASING THE RELEASED PARTIES FROM ANY CLAIM OR CAUSE OF ACTION RELEASOR MAY HAVE FOR PERSONAL INJURY, PROPERTY DAMAGE, OR WRONGFUL DEATH ARISING FROM ENTERING ON AND INSPECTING THE PROPERTY, WHETHER CAUSED BY THE NEGLIGENCE OF THE RELEASED PARTIES OR OTHERWISE, AND RELEASOR AGREES TO INDEMNIFY, DEFEND AND HOLD THE RELEASED PARTIES HARMLESS FROM ANY SUCH INJURY, DAMAGE OR DEATH.

IN WITNESS WHEREOF, Releasor warrants that he(she) has read all of the Agreement, fully understands everything contained therein, and fully and freely assents to all terms of this Agreement.

Releasor

By: ______________________________ Print Name: ______________________________

Date: ______________________________





WASHINGTON
FINE PROPERTIES, LLC

REALTOR®

EQUAL HOUSING
OPPORTUNITY

**THIS NOTICE IS REQUIRED BY LAW AND IS NOT A CONTRACT.**

**THIS DISCLOSURE DOES NOT CREATE A BROKERAGE RELATIONSHIP.**

# Disclosure of Brokerage Relationship
# District of Columbia

Prior to providing specific real estate assistance, District of Columbia law requires that a licensee disclose to any party who the licensee does **NOT** represent the identity of the party to the proposed transaction which the licensee does represent. Even though a licensee may not represent you, that licensee must still treat you honestly in the transaction.

We, the undersigned [X] Buyer(s)/Tenant(s) or [ ] Seller(s)/Landlord(s) acknowledge receipt of this Disclosure, and understand we are **NOT** represented by the licensee identified below.

Kerry Fortune Carlsen SP98361913 and Washington Fine Properties
(Licensee & License #) (Brokerage Firm)

The licensee and brokerage firm named above represent the following party in the real estate transaction:

[X] **Seller(s)/Landlord(s)** (The licensee has entered into a written listing agreement with the seller(s) or landlord(s) or is acting as a sub-agent of the listing broker.)

[ ] **Buyer(s)/Tenant(s)** (The licensee has entered into a written agency agreement with the buyer/tenant.)

[ ] **Designated Agent of the** [ ] **Buyer(s)/Tenant(s) or** [ ] **Seller(s)/Landlord(s)**
(Both the buyers and sellers have previously consented to "Designated Agency", and the licensee listed above is indicating the parties represented.

Acknowledged ____________________ Date ________

Acknowledged ____________________ Date ________

Name of Person(s): ____________________

I certify on this date that I, the real estate agent, have delivered a copy of this disclosure to the person(s) identified above.

Signed (Licensee) ____________________ Date ________

Previous editions of this form should be destroyed.

GCAAR Form #1002- DC - Disclosure of Brokerage Relationship Page 1 of 1 10/2011
(formerly form #143)
Washington Fine Properties LLC, 3201 New Mexico Ave NW Ste 2 Washington, DC 20016
Phone: 202-567-6718 Fax: 202-944-5021 Kerry Fortune Carlsen Argentina
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com

2018 – "Año del Centenario de la Reforma Universitaria"

Agencia de Administración
de Bienes del Estado

# Licitación Pública de Etapa Múltiple Internacional Nº 1/18

# VENTA DE PROPIEDAD DE LA REPÚBLICA ARGENTINA - BASES Y CONDICIONES

TRADUCCIÓN PÚBLICA/ PUBLIC TRANSLATION.-----------------------------------

2018- "Year of the Centenary of the University Reform".-----------------------------------

Agencia de Administración de Bienes del Estado.-----------------------------------

International Multiple Stage Public Bid 1/18-----------------------------------

SALE OF ARGENTINE REPUBLIC PROPERTY -----------------------------------

BID SPECIFICATIONS -----------------------------------

2018- "Year of the Centenary of the University Reform".-----------------------------------

Agencia de Administración de Bienes del Estado.-----------------------------------

INDEX -----------------------------------

ARTICLE 1: SUBJECT-MATTER OF THIS INVITATION-----------------3

ARTICLE 2: SELLER -----------------3

ARTICLE 3: BROKER -----------------3

ARTICLE 4: BASE PRICE -----------------3

ARTICLE 5: PROPERTY CONDITIONS AND SALE TERMS AND CONDITIONS-----------------4

ARTICLE 6: REPRESENTATIONS AND WARRANTIES BY THE ARGENTINE REPUBLIC -----------------4

ARTICLE 7: INSPECTION -----------------5

ARTICLE 8: APPLICABLE LAWS AND REGULATIONS-----------------5

ARTICLE 9: ACCESS TO THE TERMS AND CONDITIONS-----------------5

ARTICLE 10: BIDS -----------------6

ARTICLE 11: TIME AND PLACE FOR PURCHASE PRICE PAYMENT --------6

ARTICLE 12: INITIAL AND FINAL BIDS FORMALITIES AND REQUIRED INFORMATION ON THE BIDDERS-----------------6

ARTICLE 13: EFFECTS OF THE INITIAL BIDS -----------------7

ARTICLE 14: TAXES AND TRANSFER COSTS-----------------8

ARTICLE 15: INITIAL BID MAINTENANCE PERIOD -----------------8

ARTICLE 16: MAINTENANCE GUARANTEE -----------------8

ARTICLE 17: REJECTION OF INITIAL BIDS -----------------8

ARTICLE 18: TITLE -----------------8

ARTICLE 19: DOMICILE - NOTICES -----------------9

ARTICLE 20: ORAL STATEMENTS AND MODIFICATIONS-----------------9

ARTICLE 21: NO CONTINGENT FEES ---------------------------------------------------9
ARTICLE 22: REPRESENTATION AND WARRANTIES OF THE BIDDERS 10
ARTICLE 23: ASSIGNMENTS OF CONTRACTS ------------------------------------ 10
ARTICLE 24: INDEMNITY---------------------------------------------------------------- 11
ARTICLE 25: JURISDICTION---------------------------------------------------------- 11

2018- "Year of the Centenary of the University Reform".--------------------------------

Agencia de Administración de Bienes del Estado.------------------------------------------

**SPECIFIC BID SPECIFICATIONS** ----------------------------------------------------------

**ARTICLE 1: SUBJECT-MATTER OF THIS INVITATION**--------------------------

These terms and conditions (the "Terms and Conditions") contain an invitation for any interested party, without prejudice to the exclusion criteria set forth herein and in Argentine public procurement regulations, to submit a bid to purchase the real estate property owned by The Republic of Argentina (the "Argentine Republic") located at R Street Number 2136 NW, Kalorama, Washington, District of Columbia, United States of America (the "Property"), which details and other characteristics are detailed in Annex I attached to these Terms and Conditions. ---------------------------------------------------------

It is hereby expressly stated and clarified that these Terms and Conditions do not constitute an offer to any person for the sale of the Property and that, therefor, the Argentine Republic may withdraw the Property from sale at any time and at its sole discretion without the need of expressing the grounds on account of which it has withdrawn the Property from the market. Upon withdrawal of the Property from the market, the Argentine Republic shall not be liable to reimburse any sums of money to any person who has made expenditures to evaluate the Property, these Terms and Conditions or has considered the submission or has submitted a bid hereunder. -----------------------

**ARTICLE 2: SELLER** ---------------------------------------------------------------------

The Argentine Republic shall act through its *Agencia de Administración de Bienes del Estado* (the "Agency") which is the Argentine Government's department in charge of all real estate activity of the Argentine Republic under applicable laws, with domicile for the purposes of this bidding process at the Embassy of the Argentine Republic in the United States of America located at 1600 New Hampshire Avenue, Northwest, Washington DC, District of Columbia, telephone (202) 238-6400 / (202) 238-6401. The sale contract and all documents ancillary or incidental thereto along with all and any documents required

to perfect the transfer of the Property to the buyer may be executed by the Agency on behalf of the Argentine Republic. ----------------------------------------------------------------

**ARTICLE 3: BROKER** ----------------------------------------------------------------

The Argentine Republic will engage the services of Washington Fine Properties, LLC (the "**Broker**") as real estate company acting in such sale, through a listing agreement, under which the Broker shall agree to act as broker and assist the Argentine Republic in the process of sale of the Property by performing advertising and other marketing activities, aimed at promoting participation, equal access and dissemination of information related to the Property and the sale thereof. ------------------------------------

**ARTICLE 4: BASE PRICE** ----------------------------------------------------------------

The Argentine Republic has set a base price for the sale of the Property of TWO MILLION FIVE HUNDRED THOUSAND UNITED STATES DOLLARS (US$2,500,000) (the "**Base Price**"). Bids offering to purchase the Property lower than such Base Price shall be immediately rejected.------------------------------------------------

**ARTICLE 5: PROPERTY CONDITIONS AND SALE TERMS AND CONDITIONS**----------------------------------------------------------------

5.1. The Property is offered for sale on an "as is" basis. --------------------------------------

5.2. The Argentine Republic makes no representation nor warranty regarding the structural integrity of the Property or whether the structure thereof or their current use comply with local or municipal building rules or regulations, including whether there are certificates of occupancy for the existing structures on the Property or whether such certificates comply with the present structures or the current use of the Property. --------

5.3. The Argentine Republic does not represent nor warrant that the Property is free from asbestos, lead based paint or any other material which might be hazardous for any person or which may not comply with the regulations applicable to the Property, as such codes may be amended from time to time. ------------------------------------------------------------

5.4. Purchaser shall be in charge of the removal or disposition of any personal property, debris or garbage not removed from the Property by the Argentine Republic prior to the transfer of ownership title. ----------------------------------------------------------------------

5.5. The Argentine Republic makes no representations or warranties regarding any personal property located on the Property. The Argentine Republic reserves the right to remove any and all such personal property prior to the closing. ----------------------------

5.6. The Argentine Republic makes no representations concerning the market value, income potential or the adequacy of the Property for its current or any future use.--------

**ARTICLE 6: REPRESENTATIONS AND WARRANTIES BY THE ARGENTINE REPUBLIC** ----------------------------------------------------------------------------------------

The Argentine Republic represents and warrants that: -----------------------------------------

(i) No other person or entity owns any portion of the Property or has any ownership rights or personal rights to the Property; ----------------------------------------------------------------

(ii) It has the power to sell, transfer and convey ownership title to the Property, free of attachments and third party rights, and that the Property is not subject to any right to purchase, lease or acquisition by virtue of an existing option, or other agreement which might render the sale hereunder impossible or might impair the bidding process in any way; ------------------------------------------------------------------------------------------

(iii) The Property is free of any liens and third party real or personal rights and free of occupants, and the Property is in a position to be delivered to any buyer hereunder in the conditions set out in these Terms and Conditions. ---------------------------------------------

**ARTICLE 7: INSPECTION** -------------------------------------------------------------------

All bidders (the "**Bidders**") are invited, urged, and cautioned to conduct an inspection of the Property prior to submitting a bid and obtain advice from all contractors and professionals as reasonably advisable in order to better assess the conditions of the Property and the power to use the Property for any future purpose which the Bidders intend to use the Property for. The Property shall be available for inspection on the dates and times set forth by the Broker. ---------------------------------------------------------------

**ARTICLE 8: APPLICABLE LAWS AND REGULATIONS**------------------------------

Given that the Argentine Republic is a sovereign state, the Argentine Republic public contracting regulations shall apply to the sale of the Property under these Terms and Conditions, and therefore, the bidding process, the eligibility of any Bidders hereunder to contract with the Argentine Republic, the valuation mechanisms of the bids and all other matters relating to the election of the winning bid shall be governed by the Argentine Law. The sale and transfer of the Property and the contracts and documents entered into for such sale purposes shall be governed by the laws of the District of Columbia. --------

**ARTICLE 9: ACCESS TO THE TERMS AND CONDITIONS**------------------------

9.1. These Terms and Conditions shall be available at no cost to any Bidder at (i) the Embassy of the Argentine Republic in the United States of America located at 1600 New Hampshire Avenue, Northwest, Washington DC, District of Columbia; or (ii) to be downloaded from the Agency's website: https://www.argentina.gob.ar/bienesdelestado/subastas. These Terms and Conditions shall also be available at the Broker's office located in 3201 New Mexico Avenue, NW Suite 22, Washington, District of Columbia, United States of America. --------------------

9.2. Bidders shall not be obliged to download or procure a copy of these Terms and Conditions in order to make a bid on the Property. However, the fact that any Bidder has not downloaded or obtained a copy of these Terms and Conditions shall not constitute grounds for any Bidder to claim ignorance of any provision contained herein and these Terms and Conditions shall apply irrespective of whether they are known or unknown to any specific bidder. ----------------------------------------------------------------------------

9.3. Clarifications and amendments to the **Terms and Conditions**: The Agency may issue explanatory or amending circulars to these Terms and Conditions, either ex officio or as a response to inquiries of any potential bidder. If, at the Agency's exclusive criteria, any consultation made by any person is relevant and contributes to a better understanding and interpretation of these Terms and Conditions, an clarifying circular shall be drawn up and made available as set forth in Section 9.1. above. The amending circulars shall be deemed included as an integral part of the Terms and Conditions and shall be published on the Agency's website: https://www.argentina.gob.ar/bienesdelestado/subastas. --------------

**ARTICLE 10: BIDS** ---------------------------------------------------------------------------

10.1. All bids are required to be submitted in writing in sealed envelopes (the "**Initial Bids**") on or before August 24, 2018 (the "**Initial Bid Date**"). Initial Bids shall contain all customary identification criteria of the Bidder as well as the purchase price offered thereby for the Purchase of the Property (the "**Price**"). ----------------------------------------

10.2. Sealed envelopes containing Initial Bids shall be opened by Argentine government officials appointed therefor in the presence of the Broker at the Embassy of the Argentine Republic in the United States of America located at 1600 New Hampshire Avenue, Northwest, Washington DC, District of Columbia, on August 24, 2018. All persons having submitted an Initial Bid shall be entitled to participate in the envelope opening ceremony. ------------------------------------------------------------------------------------------

GERI RA PU INGLE 'B Capa EBA

10.3. The Argentine Republic shall select, under the selection guidelines provided for in section 10.4, a group of finalists within TEN (10) days from the opening of the Initial Bids referred to in 10.2 above (the "Selection Date"). ----------------------------------------

10.4. Bidders who have submitted an offer containing the highest purchase prices and all other initial bids containing a bid price up to TWENTY PER CENT (20%) lower from the highest initial bid shall be invited to submit a final bid within the EIGHTH (8th) day period following the selection referred to in 10.3 above (the "Final Bids"). The Argentine Republic shall send these final bidders a copy of the Sale Contract which will contain customary representations, warranties, covenants, indemnities for the seller and actions at closing for the sale of properties in the District of Columbia.------------------------------

10.5. Following the submission of the Final Bids, the Argentine Republic shall award the Bid to the Bidder who has made the highest purchase price offer and such bidder shall be awarded the bidding process (the "Awarded Bidder") within TEN (10) days subsequent to the submission of the Final Bids. With the Broker's assistance, Seller shall notify the awarding of the bid to the Awarded Bidder. ---------------------------------------------------

**ARTICLE 11: TIME AND PLACE FOR PURCHASE PRICE PAYMENT ---------**

The purchase price offered by the Awarded Bidder shall be paid in full at the time of the transfer of ownership title over the Property. Bids containing deferred payment Price schemes shall be automatically dismissed.-----------------------------------------------------

**ARTICLE 12: INITIAL AND FINAL BIDS FORMALITIES AND REQUIRED INFORMATION ON THE BIDDERS------------------------------------------------------------**

12.1. All Initial Bids and Final Bids hereunder are required to be hereinafter made in writing and in English or Spanish and must be signed on all pages by the bidder or its legally authorized representatives.-------------------------------------------------------------

12.2. All documents listed below are required to accompany the Initial Bid:---------------

(a) ALL BIDDERS: Shall be required to submit (i) an affidavit substantially in the form of Annex II in which the bidder declares not to have a conflict of interest in this transaction as a consequence of any association therewith with Mr. Mauricio Macri, President of Argentina, Mrs. Gabriela Michetti, Vice-president of Argentina, Mr. Marcos Peña, Chief of Staff of Argentina, Mr. Ramón María Lanús, president of the Agency and any and all persons holding cabinet level positions in the Argentine Government, irrespective of whether such position entitles them to decide on any aspect of this sale;

PA TRAD Mat T X Inscrip.

and (ii) a signed counterpart of the integrity agreement which is enclosed herein as Annex III. ---------------------------------------------------------------------------------------------------

(b) FOREIGN INDIVIDUALS: Copy of their social security cards or valid passports ---

(c) ARGENTINE INDIVIDUALS OR INDIVIDUALS BEING REGISTERED BEFORE ARGENTINE TAX AUTHORITIES: Copy of their Argentine ID, Tax Registration and all documents required under Argentine public contracting regulations as required therein. ---------------------------------------------------------------------------------

(d) FOREIGN COMPANIES OR OTHER ENTITIES: -------------------------------------

(i) Notarized copies of its certificate of incorporation, formation or document similar in nature along with notarized copies of their operating agreement or similar document; --

(ii) Notarized copies of the documents evidencing the signatory's power to represent the entity in the bid and the purchase of the Property; -------------------------------------------

(iii) Notarized copies of the resolutions approving the presentation of the company or corporation as a Bidder in this Bidding Process and the purchase of the Property should their bide be declared the best bid; ------------------------------------------------------------------

(iv) In case of Bidders acting through an agent or other form of representation, a copy of the instruments supporting such representation shall also be attached. ---------------------

(e) ARGENTINE COMPANIES OR ENTITIES OR COMPANIES OR ENTITIES HAVING BEEN REGISTERED BEFORE ARGENTINE TAX AUTHORITIES: Copy of their Argentine ID, Tax Registration and all documents required under Argentine public contracting regulations as required therein.-------------------------------------------

**ARTICLE 13: EFFECTS OF THE INITIAL BIDS** -------------------------------------

Mere submission of the initial bids shall mean for the bidder full knowledge and unconditional acceptance of these terms and conditions, including the circulars issued that have been communicated in accordance with these terms and conditions, and their full knowledge of all terms and conditions of the sale, their consequences, and bidder shall not be entitled to claim ignorance thereof. -------------------------------------------------------

**ARTICLE 14: TAXES AND TRANSFER COSTS**-------------------------------------------

All State and Federal taxes which might be applicable to the sale of the Property, costs and taxes associated to the sale, conveyance or recordation thereof shall be borne exclusively by the purchaser of the Property.---------------------------------------------------

The Argentine Republic hereby represents and warrants that it is a sovereign State and, pursuant to the terms of section 23 of the Vienna Convention on Diplomatic Relations of which both the Argentine Republic and the United States of America are a party. -------

**ARTICLE 15: INITIAL BID MAINTENANCE PERIOD** -------------------------------

All bids shall be required to have a validity term of THIRTY (30) business days (the "Minimum Term"), counted as from the Initial Bid Date. Such Minimum Term shall be automatically extended with respect to the Final Bids after the finalists have been selected under the provisions of Section 10.3. ------------------------------------------------------------

**ARTICLE 16: MAINTENANCE GUARANTEE** ----------------------------------------

All bidders shall be required to provide a guarantee deposit in an amount equivalent to TEN PERCENT (10%) of the offered amount as purchase price in the Initial Bid. Such deposit shall be wired into an escrow account of an escrow agent to be designated by the Broker acceptable to the Argentine Republic, which shall act as escrow agent for such deposit. Evidence of wire transfer of the deposit to the escrow agent shall be required to be included in the sealed envelope contained in the Initial Bid. ----------------------------

Within 5 days following the Selection Date, the deposit shall be returned to those bidders whose Initial Bids have not been selected and, for the bidders invited to submit better bids, the deposit shall be returned within 5 days following the awarding of the bid, with the exception of funds corresponding to the Awarded Bidder. -----------------------------

The deposit made by the Awarded Bidder shall be considered as initial payment of the Purchase Price on account of the offered price and shall be delivered by escrow agent to the Seller upon the date of transfer of ownership title. --------------------------------------

**ARTICLE 17: REJECTION OF INITIAL BIDS** ----------------------------------------

The Argentine Republic reserves the right to reject any or all Initial Bid(s), and to disregard any technical defect of the submitted bids. ----------------------------------------

**ARTICLE 18: TITLE** ----------------------------------------------------------------------------

18.1. Unless otherwise provided in these Terms and Conditions, title to the Property sold hereunder shall vest in the Awarded Bidder upon execution of the Sale Contract. --------

18.2. The Awarded Bidder shall submit any and all documentation required by applicable law in order to complete the purchase and sale of the Property as a definitive and final transaction. ----------------------------------------------------------------------------------------

18.3. As the Property is owned by a sovereign government, the Property sale contract shall provide that the sale of the Property is conditioned on the approval of the sale by the United States Department of State, Office of Foreign Missions, which approval is typically granted or denied within SIXTY (60) days subsequent to its request. -----------

**ARTICLE 19: DOMICILE - NOTICES** --------------------------------------------------

For purposes of this Bidding Process, Bidders must establish a special domicile in the District of Columbia. In addition, Bidders must establish an official email address, where all notices served under the scope of this bidding process may be valid. -----------------

The special domicile and email address of the Bidders may be modified through written notification to the Argentine Republic at the Embassy of the Argentine Republic in the United States of America.------------------------------------------------------------------------

Until written notice is verified, the modification of the domiciles originally established shall be unenforceable to the Argentine Republic. Bidders irrevocably accept that all notices related to these Terms and Conditions shall be exclusively served by email to the email addresses they have established.--------------------------------------------------------

**ARTICLE 20: ORAL STATEMENTS AND MODIFICATIONS** ---------------------

Any oral statement or representation by any representative of the Argentine Republic or Broker, changing or supplementing these Terms and Conditions, is unauthorized and shall confer no right upon the Bidder. Further, no interpretation of any provision of the contract shall be binding on the Argentine Republic unless granted or agreed to, in writing, by the Seller or its designated representative.-----------------------------------------------------

**ARTICLE 21: AGREEMENT AGAINST CONTINGENT FEES** --------------------

The Awarded Bidder shall warrant that no person or agency has been employed or retained to solicit or obtain the Sale Contract upon an agreement or understanding for a contingent fee or commission. Upon breach or violation of this warranty, the Argentine Republic shall have the right to annul the Sale Contract without liability or, in its discretion, to deduct from the Price or consideration, or otherwise recover, the full amount of the contingent fee which it shall pay as a consequence of the violation of such warranty.

**ARTICLE 22: CERTIFICATE OF INDEPENDENT PRICE DETERMINATION**

22.1. Upon the presentation of offers within the scope hereof, each Bidder shall be deemed to have represented and warranted the following to the Agency:------------------

(a) The Bidder has not been convicted of an intentional crime in the Argentine Republic;

(b) The Bidder has not been indicted in Argentina for crimes against property, public administration, public faith or any of the criminal actions defined in the Inter-American Convention Against Corruption; ------------------------------------------------------------------

(c) The Bidder has not been sanctioned by Inter-American Development Bank or by the World Bank excluding them from the possibility to acts as clients or suppliers of such institutions;-----------------------------------------------------------------------------------------------

(d) The Price offered in the awarded bid has been obtained independently, without incurring, for the purpose of restricting competition, in any consultation, communication, or agreement with any other purchaser or competitor relating to (i) the Price, (ii) the intention to submit an offer, or (iii) the methods or factors used to calculate the Price offered; ----------------------------------------------------------------------------------------------

(e) The Price in the awarded bid has not been and shall not be knowingly disclosed by the Awarded Bidder, directly or indirectly, to any other purchaser or competitor before bid opening (in the case of a formally notified solicitation) or contract award (in case of a negotiated solicitation) unless otherwise required by law; and--------------------------------

(f) No attempt has been made or shall be made by the Final Bidder to include any other concern to submit or not to submit an offer for the purpose of restricting competition.---

22.2. The signature on the Final Bid shall be considered to be a certification by the signatory that the signatory: --------------------------------------------------------------------------

(a) Is the person in the Final Bidder's organization responsible for determining the Price being offered in this bid or proposal, and that the signatory has not participated and shall not participate in any action contrary to Article 22.1. above: or ------------------------------

(b) (i) Has been authorized, in writing, to act as agent for the directors in certifying that those directors have not participated and shall not participate in any action contrary to Article 22.1 above; (ii) As an authorized agent, does certify that the directors have not participated, and shall not participate, in any action contrary to Article 22.1. above, and; (iii) As an agent, has not personally participated, and shall not participate, in any action contrary to Article 22.1. above. -------------------------------------------------------------------

**ARTICLE 23: ASSIGNMENTS OF CONTRACTS**----------------------------------------

The Awarded Bidder shall not have the right to assign the Sale Contract or the right as awarded party under the bidding process governed by these Terms and Conditions, without prior written consent of the Argentine Republic, which shall only be granted if

the assignee meets the eligibility criteria described herein and in Argentine public procurement regulations and provided, further, that the assignee provides all required documents hereunder, being the assignor and assignee joint and severally liable for the obligations arising from the sale process or the sale contract.--------------------------------

JLA G
UCTOR
IOMA I
IV F°388
C.T.T.C.

**ARTICLE 24: LIABILITY FOR CLAIMS**--------------------------------------------------

The Awarded Bidder agrees to hold the Argentine Republic harmless from any and all actions, claims, debts, complaints, judgments, liabilities, costs and attorneys' fees arising out of, claimed on account of, or in any manner described hereinbefore, the loss of or damage to property and bodily harm, illness or disabilities to or death of any and all persons whatsoever, including members of the general public, or to the property of any legal or political entity including State, local and interstate entities, caused in any manner or contributed to, by the Awarded Bidder, its agents, servants, employees, or any person subject to its control while in, on or about the sale site and/or the site on which the Property is located, or while the Property is in the possession of or subject to the control of the Awarded Bidder, its agents, servants or employees after the Property has been removed from Argentine Republic 's control. --------------------------------------------------

**ARTICLE 25: JURISDICTION**------------------------------------------------------------

Any dispute arising from the bidding process regulated hereby or the sale of the Property to the Awarded Bidder shall be subject to the jurisdiction of the United States District Court of the District of Columbia.----------------------------------------------------------------

--------------------------------------------------------------------------------------------------------

**ANNEX I** --------------------------------------------------------------------------------

**PROPERTY CHARACTERISTICS** ---------------------------------------------------------

**Location:** R Street Number 2136 NW, Kalorama, Washington, District of Columbia, United States of America ;-------------------------------------------------------------------------

**Cadastral Nomenclature:** Lot 7- Block 2513; -----------------------------------------------

**Occupancy Condition:** Unoccupied;-------------------------------------------------------------

**Ownership Condition:** Real estate property owned by the National state which ownership title is filed with the *Escribanía General de la Nación* (Argentine Office of the General Notary) under number 237 bis (CGN); -----------------------------------------------

Description of Property: the inspected real estate property corresponds to a building which was used as Official Residence for the Argentine Permanent Mission before OAS.

It is located in a residential area, and is a typical construction from the beginning of the XX century with open brickwork and wide woodwork and classica style.------------------

Measures: Approximate area of the lot of TWO HUNDRED AND SEVENTY SQUARE METERS (270M2).----------------------------------------------------------------------------------------------

Description of Evironment: the reale state property is locate in the neighbor of Kalorama Heights, exclusive residential area and location for Embassies near the DuPont circle area.

----------------------------------------------------------------------------------------------------------

ERO
PUB
GLES
Capital
S.A. Nº

Decatur Pl NW
22nd St NW
2136 R St NW
Massach

ULA
DUCTO
DIOMA
IV F°3
C.T.T.

----------------------------------------------------------------------------------------------------

**ANNEX II** -------------------------------------------------------------------------------

**SAMPLE OF AFFIDAVIT ON ABSENCE OF CONFLICT OF INTEREST**--------

**AFFIDAVIT ON INTEREST – EXECUTIVE ORDER 202/2017** ----------------------

| **Nature of person making the Statement: Individual** |
| --- |
| Names |
| Last names |
| Tax identification number (CUIT) |

**Connections to declare**--------------------------------------------------------------------------

Does the declaring individual have any connection to the public officers mentioned in articles 1 and 2 of Executive Order N° 202/17? ---------------------------------------------

| YES | NO |
| --- | --- |
| In case of having connections with more than one public officer, the information requested below must be repeated for every connection declared. | Choosing not to declare any connections implies the express declaration of their inexistence, under the terms of Executive Order N° 202/17. |

**Connection** -------------------------------------------------------------------------------

With which of the following public officers? *(Mark with an X where appropriate)* -------

| President | |
| --- | --- |
| Vice-president | |
| Chief of the Staff (*Jefe de Gabinete*) | |
| Minister | |
| Authority with Minister rank in the Argentine Executive Branch of Government | |
| Authority with a lower rank than a Minister with the power to decide | |

*(In the case of having marked a Minister, Authority with Minister rank in the* Argentine Executive Branch of Government *or Authority with a lower rank than a Minister with the power to decide, please complete the following requirements)* ----------------------------

ƷER
RA PU
INGL
8 Capi
C.B.A.

| Names | |
|---|---|
| Last names | |
| Tax identification number | |
| Position | |
| Jurisdiction | |

**Type of connection** -----------------------------------------------------------------------------------------

*(Mark with an X where applicable and give the additional information required for the chosen type of connection)*----------------------------------------------------------------------

| Partnership or Community | | Corporation's name and tax identification number |
|---|---|---|
| Family relationship within fourth grade of consanguinity and second grade of affinity. | | Explain the kind of family relationship |
| Pending Litigation | | Provide case denomination, case file number, forum, jurisdiction, intervening judges and clerks offices. |
| Being debtor | | Indicate reason and amount of the debt |
| Being creditor | | Indicate reason and amount of the credit |
| Having received benefits of importance from the public officer. | | Indicate type and estimated amount of the benefit. |

OLA
BLICA
S
al Federal
N° 5073

| | | |
|---|---|---|
| Public friendship manifested by familiarity and frequency in treatment. | | No additional information required. |

Additional information ------------------------------------------------------------------------

| |
|---|
| (in blank) |
| (in blank) |
| (in blank) |

The absence of connections declared implies the express declaration of their inexistence, under the terms of Executive Order N° 202/17. ------------------------------------------------

Signature . ------------------------------------------------------------------------------------

Clarification. ---------------------------------------------------------------------------------

Date and place -------------------------------------------------------------------------------

------------------------------------------------------------------------------------------------

**AFFIDAVIT ON INTEREST – EXECUTIVE ORDER 202/2017**----------------------

**Nature of person making the Statement: Legal entity**-------------------------------------

| | |
|---|---|
| Corporate Name | |
| Tax identification number (CUIT/ NIT) | |

**Connections to declare**-------------------------------------------------------------------------

Does the declaring individual have any connection with the public officers mentioned in articles 1 and 2 of Executive Order N° 202/17? (*Mark with an X where applicable*)------

| YES | NO |
|---|---|
| In case of having connections with more than one public officer, the information requested below must be repeated for every connection declared. | Choosing not to declare any connections implies the express declaration of their inexistence, under the terms of Executive Order N° 202/17. |

**Connection** ---------------------------------------------------------------------------------------

Person connected to-----------------------------------------------------------------------------

*(Mark with an X where appropriate and provide the additional information required for the kind of connection chosen)* ---------------------------------------------------------------

| Legal Entity (if the connection to the declaring person is direct) | | No additional information required |
|---|---|---|
| Legal Representative | | Name, last name, and tax identification number |
| Controlling persons | | Corporate name and tax identification number |
| Controlled persons | | Corporate name and tax identification number |
| Persons with direct interest in the economic or financial results of the declaring legal entity. | | Corporate name and tax identification number |
| Director | | Name, last name, and tax identification number |
| Partner or shareholder with participation in the structure of corporate decisions | | Name, last name, and tax identification number |
| Shareholder or partner with more than 5% of the entity's equity subject to public offering | | Name, last name, and tax identification number |

Additional information ----------------------------------------------------------------------------

| (in blank) |
|---|
| (in blank) |
| (in blank) |

**Connection** ---------------------------------------------------------------------------------

With which of the following public officers ? *(Mark with an X where appropriate)* ------

| President | |
|---|---|
| Vice-president | |

| Chief of the Staff (*Jefe de Gabinete*) | |
|---|---|
| Minister | |
| Authority with Minister rank in the Argentine Executive Branch of Government | |
| Authority with a lower rank than a Minister with the ability to decide over the sale of the Argentine Government's properties in Washington, D.C. | |

*(In the case of having chosen a Minister, Authority with Minister rank in the* Argentine Executive Branch of Government *or Authority with a lower rank than a Minister with the ability to decide* over the sale of the Argentine Government's properties in Washington, D.C., *please complete the following requirements)* ------------------------------------------

| Names | |
|---|---|
| Last names | |
| Tax identification number | |
| Position | |
| Jurisdiction | |

**Type of connection** ------------------------------------------------------------------------------------

*(Mark with an X where applicable and give the additional information required for the chosen type of connection)* ----------------------------------------------------------------------------

| Partnership or Community | | Corporate name and tax identification number |
|---|---|---|
| Family relationship within fourth grade of consanguinity and second grade of affinity. | | Explain the kind of family relationship |

| | | |
|---|---|---|
| Pending Litigation | | Provide case denomination, case file number, forum, jurisdiction, intervening judges and clerks offices. |
| Being debtor | | Indicate reason and amount of the debt |
| Being creditor | | Indicate reason and amount of the credit |
| Having received benefits of importance from the public officer. | | Indicate type and estimated amount of the benefit. |
| Public friendship manifested by familiarity and frequency in treatment. | | No additional information required. |

Additional information ----------------------------------------------------------------------------

| |
|---|
| (in blank) |
| (in blank) |
| (in blank) |

The absence of connections declared implicates the express declaration of their inexistence, under the terms of the Executive Order N° 202/17.-----------------------------

Signature and clarification. ---------------------------------------------------------------------

Capacity of signatory -------------------------------------------------------------------------------

Date and place. ------------------------------------------------------------------------------------

---------------------------------------------------------------------------------------------------------

<u>**ANNEX III**</u> ------------------------------------------------------------------------------------

<u>**INTEGRITY AGREEMENT**</u> ------------------------------------------------------------------

**INTEGRITY AGREEMENT BETWEEN AGENCIA DE ADMINISTRACIÓN DE BIENES DEL ESTADO (an agency of Argentina's Federal Government) and the bidders** ---------------------------------------------------------------------------------------------

**International Multiple Stage Public Bid 1/18**-------------------------------------------------

PAUL TRADUC IDIC Mat. T° XIV Inscrip. C.
IOLA UBLICA ES ital Federal N° 5073

[PLACE AND DATE] -----------------------------------------------------------------------------------

Before local, national and international public opinion, in my own name and on behalf of all the public officials and advisors who directly and indirectly participate in this bidding process, we have agreed to enter into this INTEGRITY AGREEMENT with the purpose of combating any form of corruption practice aimed at obtaining or retaining a contract or any other advantage contrary to applicable regulations. Under the terms hereof we assume the commitment to act transparently, ethically and with integrity and in compliance with the guidelines listed below, in agreement with the provisions of Executive Order 202/2017 and Annex II of Resolution 11-E/2017 and other applicable regulations: ---------------------------------------------------------------------------------

1. The bidders and AGENCIA DE ADMINISTRACIÓN DE BIENES DEL ESTADO place high importance to the presentation of bids within a free, impartial, transparent and competitive environment, free of any abuse.--------------------------------------------------

2. Bidders are pleased to confirm that:-------------------------------------------------------------

(a) none of them has offered or given, nor have they attempted to offer or give, or shall offer nor give, directly or indirectly, monies or anything of value to any public official or any advisor, their relatives or business partners, with the purpose of obtaining or retaining this contract or any other improper advantage; ----------------------------------------------

(b) None of them has agreed to, nor will they agree on any positions with any other bidder or potential bidders with the purpose of damaging any person and/ or to unduly restricting the principle of open access, equal standing of the bidders and transparency of this bid;

(c) They will refrain from falsifying or hiding facts or circumstances with the purpose of obtaining a benefit or eluding the performance of an obligation; --------------------------

(d) They will refrain from offering prizes, commissions, acknowledgements, gifts or rewards of any kind to the public officials which, directly or indirectly, could have an influence on the control of the execution of the contract;-------------------------------------

This includes, among other things, any nature of payments or favors offered or granted with the intent to: ---------------------------------------------------------------------------------

(i) Procure the awarding of the bid; ------------------------------------------------------------

(ii) Cause material changes in the agreement with respect to the specific bid specifications, whether by adjustment of the sale price, the specifications, terms or any

other relevant component of the agreement affecting the principle of open access, equal standing of the bidders and transparency; ------------------------------------------------------

(iii) Obtain the approval of public officials or the auditor of the contract (or employees thereof) of the results below the parameters proposed and agreed to by the AGENCIA DE ADMINISTRACIÓN DE BIENES DEL ESTADO; --------------------------------------

(iv) Evade taxes, duties, licenses and any other binding legal obligations; -----------------

(v) Induce a public official to breach its official duties in any other manner. -------------

The bidders understand the material importance of these commitments for the AGENCIA DE ADMINISTRACIÓN DE BIENES DEL ESTADO and the seriousness with which they are considered. --------------------------------------------------------------------------------

3. The bidders shall develop their activities within the scope of ethical behavior principles and undertake to adopt the measures needed for these non-bribery commitment and the fulfillment of the applicable rules to be complied with by its managers and employees, if any. To that end, the bidders undertake to disclose the existence of this Integrity Agreement and the disclosure channels available to its employees. ------------------------

4. In case of legal entity bidders, this commitment is also granted in the name of and on behalf of the chief executive and general managers of the legal entity bidders.------------

5. With respect to the submission of the bids, the bidders undertake to prepare a serious offer, with trustworthy information and not to submit a price which is artificially lower or lower than the base price. ----------------------------------------------------------------------

6. Simultaneously with the closing of the Property sale contract, the awarded bidder shall grant a sworn statement certifying that, for the awarding of the bid, none of the commitments assumed hereby have been breached. --------------------------------------------

7. On their part, the officials or advisors of AGENCIA DE ADMINISTRACIÓN DE BIENES DEL ESTADO also confirm that: ---------------------------------------------------

(a) They have not requested or accepted nor will they request or accept, directly or through third parties, any payment or other favor from any bidders in exchange of favoring them in the awarding of the bid. ------------------------------------------------------

(b) They undertake to maintain a transparent and egalitarian treatment of all participants in the bid, avoiding situations which could imply preferential treatment of any of the bidders. ---------------------------------------------------------------------------------------------

(c) They will publish all necessary technical, legal and administrative information related to the contract involved in the bid. ------------------------------------------------------------

This includes the commitment to refrain from asking for or accepting any payment or other favor from any other public official or advisor of the AGENCIA, whether directly or through third parties, from the bidders in exchange of: -----------------------------------

(i) Preparing the offer so that the offer, or parts thereof, so that such it may grant undue advantages for one or more than one bidder(s); ------------------------------------------------

(ii) Granting undue advantages to any of the bidders in the assessment and selection of the offers for the awarding of the bid; -----------------------------------------------------------

(iii) Approving material changes in the sale agreement with respect to the specific bid specifications, such as adjustments in the purchase prices, specifications, terms or any other material components affecting the principle of open access, equal standing of the bidders and transparency; -----------------------------------------------------------------------

(iv) Approving results below the parameters proposed or agreed to with the AGENCIA DE ADMINISTRACIÓN DE BIENES DEL ESTADO; -------------------------------------

(v) Refraining from adequately monitoring the execution of the contract, informing on violations to the specifications of the contract or other types of non-fulfillment, or from rendering the contractor fully liable for its legal obligations. --------------------------------

8. In order to safeguard the content of this Integrity Agreement, the officials, the bidders and any person gaining knowledge of any breach of the conditions hereof shall render such information available to the Argentine Anti-Corruption Office. -----------------------

9. With respect to payments related to this contract, the bidders hereby undertake that, in case of claims for non-fulfillment of the obligations undertaken under this Pact, and should the Anti-Corruption Office consider that there is serious evidence of such non-fulfillment's existence, the involved bidder shall assume the obligation to render all information available to the above-mentioned Office requested thereby regarding payments made in connection to the preparation of the bids and/ or the contract and on the beneficiaries of such payments. -------------------------------------------------------------

All parties to this Integrity Agreement covenant to render, if necessary, all information in their possession related to the contract, including studies made for the purpose of submitting the bid. ---------------------------------------------------------------------------------

10. The AGENCIA DE ADMINISTRACIÓN DE BIENES DEL ESTADO has taken the measures towards securing the transparency and adequate monitoring of the selection of bidder and the execution of the contract. However, In case any of the parties hereto were to detect any irregularities in the bid specifications after the execution of the Integrity Agreement, such party shall immediately file a report on such irregularity to the competent authorities.-----------------------------------------------------------------------

The bidders covenant to report all actions by any official or advisor with responsibilities under this contract so that such fact may be investigated for the purposes of determining the existence of a crime.-----------------------------------------------------------------------

11. The AABE shall, upon any person making a claim on the breach of the terms of this Agreement, issue a decision prior to making any final decision on the bidding process. Under this Integrity Agreement, the breach of the terms hereof shall be punished with the defaulting bidder's exclusion from this bidding process. ------------------------------------

BIDDER'S SIGNATURE. CLARIFICATION ----------------------------------------------

-----------------------------------------------------------------------------------------------------

This is a true translation – in 23 pages- from Spanish into English of the document I have had before me to which I beg to refer in the city of Buenos Aires, on this fourteenth day of June of the year two thousand and eighteen.-----------------------------------------------

A fines de certificación.-----------------------------------------------------------------------

Es traducción fiel – en 23 páginas- del idioma castellano al idioma inglés del documento que tuve a la vista y al cual me remito en la ciudad de Buenos Aires, a los catorce días del mes de junio del año dos mil dieciocho. ---------------------------------------------------

COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES
Corresponde a la Legalización
Nº 44349/18
MATÍAS GERMÁN [illegible]

PAULA GEROLA
TRADUCTORA PÚBLICA
IDIOMA INGLÉS
Mat. Tº XIV Fº388 Capital Federal
Inscrip. C.T.P.C.B.A. Nº 5073



# COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES

República Argentina
Ley 20305

## LEGALIZACIÓN

Por la presente, el COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES, en virtud de la facultad que le confiere el artículo 10 inc. d) de la ley 20305, certifica únicamente que la firma y el sello que aparecen en la traducción adjunta concuerdan con los correspondientes al/a la Traductor/a Público/a GEROLA, PAULA que obran en los registros de esta institución, en el folio 388 del Tomo 14 en el idioma INGLÉS

Legalización número: **44349**

Buenos Aires, 14/06/2018

MARCELO F. SIGALOFF
Gerente de Legalizaciones
Colegio de Traductores Públicos
de la Ciudad de Buenos Aires

ESTA LEGALIZACIÓN NO SE CONSIDERARÁ VÁLIDA SIN EL CORRESPONDIENTE TIMBRADO DE CONTROL EN LA ÚLTIMA HOJA DE LA TRADUCCIÓN ADJUNTA

Control interno: 38513244349

By virtue of the authority vested in the COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Buenos Aires Sworn Translators Association) by Argentine law No. 20 305 section 10(d), I hereby CERTIFY that the seal and signature affixed on the attached translation are consistent with the seal and signature on file in our records.
The Colegio de Traductores Públicos de la Ciudad de Buenos Aires only certifies that the signature and seal on the translation are genuine; it will not attest to the contents of the document.
THIS CERTIFICATION WILL BE VALID ONLY IF IT BEARS THE PERTINENT CHECK STAMP ON THE LAST PAGE OF THE ATTACHED TRANSLATION.

Vu par le COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordre des Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions qui lui ont été accordées par l'article 10, alinéa d) de la Loi n° 20.305, pour la seule légalisation matérielle de la signature et du sceau du Traductor Público (Traducteur Officiel) apposés sur la traduction du document ci-joint, qui sont conformes à ceux déposés aux archives de cette Institution.
LE TIMBRE APPOSÉ SUR LA DERNIÈRE PAGE DE LA TRADUCTION FERA PREUVE DE LA VALIDITÉ DE LA LÉGALISATION.

Il COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordine dei Traduttori abilitati della Città di Buenos Aires) CERTIFICA ai sensi dell'articolo 10, lettera d) della legge 20.305 che la firma e il timbro apposti sulla qui unita traduzione sono conformi alla firma e al timbro del Traduttore abilitato depositati presso questo Ente. Non certifica il contenuto della traduzione sulla quale la certificazione è apposta.
LA VALIDITÀ DELLA PRESENTE CERTIFICAZIONE È SUBORDINATA ALL'APPOSIZIONE DEL TIMBRO DI CONTROLLO DEL CTPCBA SULL'ULTIMA PAGINA DELL'ALLEGATA TRADUZIONE.

Por meio desta legalização, o COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Colégio dos Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições e em conformidade com o artigo 10, alínea "d", da Lei 20.305, somente reconhece a assinatura e o carimbo do Tradutor Público que subscreve a tradução em anexo por semelhança com a assinatura e o carimbo arquivados nos registros desta instituição.
A PRESENTE LEGALIZAÇÃO SÓ TERÁ VALIDADE COM A CORRESPONDENTE CHANCELA MECÂNICA APOSTA NA ÚLTIMA FOLHA DA TRADUÇÃO.

COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Kammer der vereidigten Übersetzer der Stadt Buenos Aires). Kraft der Befugnisse, die ihr nach Art. 10 Abs. d) von Gesetz 20.305 zustehen, bescheinigt die Kammer hiermit lediglich die Übereinstimmung der Unterschrift und des Siegelabdruckes auf der beigefügten Übersetzung mit der entsprechenden Unterschrift und dem Siegelabdruck des vereidigten Übersetzers (Traductor Público) in unseren Registern.
DIE VORLIEGENDE ÜBERSETZUNG IST OHNE DEN ENTSPRECHENDEN GEBÜHRENSTEMPEL AUF DEM LETZTEN BLATT DER BEIGEFÜGTEN ÜBERSETZUNG NICHT GÜLTIG.

**TRADUCCIÓN PÚBLICA** ----------------------------------------------------------------

**Argentine Republic – National Executive Power** -----------------------------------------------

2018 – Year of the Centenary of the University Reform-----------------------------------------------

**Report** ------------------------------------------------------------------------------------------

**Number:** IF-2018-33758758-APN-DCYC#AABE ---------------------------------------------------

CITY OF BUENOS AIRES -------------------------------------------------------------------------

July, Monday 16th, 2018 ------------------------------------------------------------------------

**Reference:**Amending Circular Number 2 –International Multiple Stage Public Bid Nº 1/18-------

AMENDING CIRCULAR NUMBER2 -----------------------------------------------------------------

INTERNATIONAL MULTIPLE STAGE PUBLIC BID NUMBER 1/18 -------------------------------------

**Subject-matter:**Sale of the realestate property owned by the Argentine Republic located at 2136 R Northwest street, Kalorama, Washington, Columbia District, United States of America. -

**Modifications to the Special Terms and Conditions of the Bid Specifications** -----------------------

The following modifications to Article 9, subsection 9.1, Article 19 and Article 25 of the Special Terms and Conditions of the Bid Specifications are hereby made:------------------------------------

**ARTICLE 9: ACCESS TO THE TERMS AND CONDITIONS**--------------------------------------------

9.1 These Terms and Conditions shall be available free of charge to any Bidder (i) in the Embassy of the Argentine Republic in the United States of America located at 1600 New Hampshire Avenue, N.W. (CP: 20009), Northwest, Washington, Columbia District, which schedule of operation is Monday to Friday, during administrative business days, from 9:00 to 17:00; and (ii) for download on the Agency's website:https://www.argentina.gob.ar/bienesdelestado/subastas and on the website of the Ministry of Foreign Affairs and Worship of the Argentine Republic: http://www.mrecic.gov.ar/. These Terms and Conditions shall also be available at the Broker's office, located at 3201New Mexico Avenue, Northwest, Suite 220, Washington DC 20016, Columbia District, United States of America, Monday to Friday from 9 to 17:30. ----------------------------------------------------

**ARTICLE19: ADDRESSES – NOTIFICATIONS**---------------------------------------------------------

For the purposes of this bid process, Bidders shall establish a special domicile in the Columbia District and/or in the States of Maryland and/or Virginia. Furthermore, Bidders shall establish an e-mail address where all notifications within the framework of this process can be duly and validly served.-----------------------------------------------------------------------------------

The Bidders' special domicile and e-mail address shall be modified by means of written notification to the Argentine Republic served in the Argentine Republic Embassy in the United States of America.----------------------------------------------------------------------------------

Until such written notification is verified, the modification of the domiciles originally established shall be unenforceable to the Argentine Republic. Bidders accept irrevocably that all notifications with respect to these Terms and Conditions shall be exclusively served by e-mail to the e-mail address they have established.---------------------------------------------------

**ARTICLE25: JURISDICTION**------------------------------------------------------------------------------------

Any dispute that arises in relation with these Bid Specifications, or the existence, validity, qualification, interpretation, scope, compliance or resolution thereof, shall be subjected to the jurisdiction of the courts of the applicable law pursuant to the provisions of section 8 hereof. In the event that the applicable law is the Argentine law, the disputes shall be settled before the Federal Courts on Contentious Administrative matters based in the City of Buenos Aires. ---

Digitally signed by ELECTRONIC DOCUMENTARY MANAGEMENT(GDE) ------------------------------

DN: on- ELECTRONIC DOCUMENTARY MANAGEMENT–GDE- c=AR o= MINISTRY OF MODERNIZATION ou= SECRETARIAT OF ADMINISTRATIVE MODERNIZATION, serial Number = CUIT (tax payer identification number)30715117564. Date: 2018.07.16, 15:51:40 -03'00' --------

María Paz Chialvo. Director.Purchases and Contracts Department.Agencia de Administración de Bienes del Estado (*StatePropertyAdministration Agency*) ---------------------------------------------

Digitally signed by ELECTRONIC DOCUMENTARY MANAGEMENT(GDE) ------------------------------

DN: on- ELECTRONIC DOCUMENTARY MANAGEMENT–GDE- c=AR o= MINISTRY OF MODERNIZATION ou= SECRETARIAT OF ADMINISTRATIVE MODERNIZATION, serial Number = CUIT (tax payer identification number)30715117564. Date: 2018.07.16, 15:51:43 -03'00' --------

THIS IS A TRUE TRANSLATION from Spanish into English, in 2 pages, of the attached document that I have had before me and to which I beg to refer, in the Autonomous City of Buenos Aires, on the 25th of July, 2018. ----------------------------------------------------------------------------------

**A fines de certificación** ------------------------------------------------------------------------------------

ES TRADUCCIÓN FIEL del español al inglés, en 2 páginas, del documento adjunto que tuve a la vista y al cual me remito en la Ciudad Autónoma de Buenos Aires a los 25 días del mes de julio de 2018. ----------------------------------------------------------------------------------------------

# EXHIBIT E

Not secure | www.wfp.com/listing-showcase/property-details.asp?mlsid=1002142188

google - Google Sea Workspace

LOGIN/REGISTER
PROPERTY SEARCH
SELLING A HOME
WASHINGTON
FINE PROPERTIES
BUYING A HOME
ABOUT WFP
CONTACT

PROPERTY SEARCH Search All DC/MD/VA Listings < back to results < Previous Listing Next Listing >

KALORAMA ACTIVE

2136 R ST NW, WASHINGTON, DC 20008

**$2,500,000** · **0** Beds, **0** Baths · **1002142188** · Listed:

WFP EXCLUSIVE FINE PROPERTIES INTERNATIONAL

PHOTO TOUR

Exterior (Front)
SLIDESHOW
Exterior (Front)
Exterior
Interior (General)
Living Room
Living Room
Interior (General)
Interior (General)
Interior (General)
Interior (General)
Thumbnail Size: SMALL | LARGE
Hide Thumbnails

## Property Description

OFFER DEADLINE 9/12. Opportunity to restore a truly spectacular Parisian style mansion in tony Kalorama Heights. Distinctive 24ft wide, ornate white sandstone facade featuring grand entertaining rooms with ultra high ceilings, Palladian windows, multiple fireplaces, herringbone h/w floors, elevator, 2 car garage. Approx 9800sf under roof on 5 levels.

## WFP Listing Agent

KERRY FORTUNE CARLSEN
202-257-7447
kerry.fortune@wfp.com
View Profile · View Listings

Register today to save searches and keep track of your favorite listings! Get Started | Login HIDE

Washington, DC  

20008 Homes for Sale
Similar Homes

FOR SALE 60 Days

$2,500,000 $9,839/mo

8 Bd 8 Ba — Sqft —/Sqft

2136 R St NW, Washington, DC 20008

Request Info

11 Photos

 Map

 Share

 Save

| | |
|---|---|
| Estimated Home Value | $6,675,480 |
| Get Pre-Approved by a Local Lender | |
| Property Type | Townhouse |
| Neighborhood | Kalorama |
| County | District Of Columbia |
| Lot Sqft | 2,500 |
| HOA Fees | $0 |
| Year Built | 1911 |

OFFER DEADLINE 9/12.Opportunity to restore a truly spectacular Parisian style mansion in tony Kalorama Heights. Distinctive 24ft wide, ornate white sandstone facade featuring grand entertaining rooms with ultra high ceilings, Palladian windows, multiple fireplaces, herringbone h/w floors, elevator, 2 car garage. Approx 9800sf under roof on 5 levels.

MLS#1002109832 provided by Kerry E Fortune of Washington Fine Properties, LLC. Joanna Zhao (301) 798-9060. Movoto last checked Bright MLS bright for new data 2 minutes ago. Bright MLS last updated this listing 1 week ago.

View 2136 R St NW on Map

## Home Features



realtor.com®

Log In

Sign Up

Advertise

Buy

Sell

Rent

Mortgage

Find Realtors®

My Home

News & Insights

Advertise

‹ Washington, DC  

By Kerry Fortune Carlsen, Agent (202) 944-5000

VR Tour



For Sale - Active

$2,500,000

Estimate Payment

Map

**8** beds | **6** full, **2** half baths | **7,560** sq ft | **2,500** sqft lot

Commute Time **2136 R St NW,** Washington, DC 20008

Add Note | Hide | Share | Contact Agent

## Open House

None at this time

Request a Private Showing

## Property Details

| Status | Price/Sq Ft | On realtor.com® | Type | Built |
|---|---|---|---|---|
| Active | $331 | 60 days | Single Family Home | 1911 |

OFFER DEADLINE 9/12.Opportunity to restore a truly spectacular Parisian style mansion in tony Kalorama Heights. Distinctive 24ft wide, ornate white sandstone facade featuring grand entertaining rooms with ultra high ceilings, Palladian windows, multiple fireplaces, herringbone h/w floors, elevator, 2 car garage. Approx 9800sf under roof on 5

Read More

### Property Features

#### Bedrooms

- Bedrooms: 8

#### Bathrooms

- Full Bathrooms: 6
- Half Bathrooms: 2

#### Exterior and Lot Features

- Lot Size Area: 2500
- Lot Size: 0.06

See More

CONTACT AGENT SAVE SHARE MORE EXPAND CLOSE

Public View Owner View Washington D.c. · Washington · 20008 · Kalorama · 2136 R St Nw

# 2136 R St Nw Washington, DC 20008

**8 beds · 8 baths · -- sqft**

FOR SALE

**$2,500,00**

Zestimate®: $3,032,187

View Zestimate details

EST. MORTGAGE

Est. Mortgage: $10,190/mo

Get pre-quali

Get pre-qualifie

OFFER DEADLINE 9/12.Opportunity to

CONTACT AGENT

Your Name

Phone

Email

I am interested in 2136 R St NW, WASHINGTON, DC 20008.

Contact Agent

I want financing information

By pressing Contact Agent, you agree that Zillow Group and real estate professionals may call/text you about your inquiry, which may involve use of automated means and prerecorded/artificial voices. You don't need to consent as a condition of buying any property, goods or services. Message/data rates may apply. You also agree to our Terms of Use. Zillow does not endorse any real estate professionals.

Kerry Fortune Carlsen LISTING AGENT

Sign In

## 2136 R St NW
WASHINGTON, DC 20008

| $2,500,000 | 8 | 7 | 7,560 Sq. Ft. |
|---|---|---|---|
| Price | Beds | Baths | $331 / Sq. Ft. |

Redfin Estimate: $2,373,599 On Redfin: 60 days
Status: Active

Street View

## Go Tour This Home

| MONDAY | TUESDAY | WEDNESD/ |
|---|---|---|
| 24 | 25 | 26 |

Back to Search ( For Sale > DC > Washington > 20...

Save Share

## 2136 R St NW

Washington, DC 20008 (Kalorama)
8 beds • 8 baths

FOR SALE
**$2,500,000**
Est. Mortgage $11,471/mo Get Pre-Qualified

**Map View**
See the local terrain and how close this home is to parks and

**Street View**
Take a virtual walk around the neighborhood.

**Schools**
1 Elementary School
1 Middle School
1 High School

**Crime**
**Lowest** crime relative to the rest of District of Columbia county.

**Commute**
37% of residents commute by car.

**Shop**
906 R
62 Gr
330 N

# Home Details

## Overview

Single-Family Home
8 Beds
8 Baths
Built in 1911
60 days on Trulia

2500 sqft lot size
660 views

## Description

OFFER DEADLINE 9/12.Opportunity to restore a truly spectacular Parisian style mansion in tony Kalorama Heights. Distinctive 24ft wide, ornate white sandstone facade featuring grand entertaining rooms with ultra high ceilings, Palladian windows, multiple fireplaces, herringbone h/w floors, elevator, 2 car garage. Approx 9800sf under roof on 5 levels.

Call Email

2136 R Street NW, Washington
Not secure
www.megarealtyus.com/commercial-for-sale/2136-R-Street-NW-Washington-DC-20008-247907257
MEGA Realty & Investment, Inc.
Login
Home
Property Search
Current Listings
Work With Us
Contact
Office Roster
× CLOSE
FOR SALE
$2,500,000
CALCULATE PAYMENT
2136 R Street NW
Washington, DC 20008
Other
Residence
0.06
Acre Lot
Save
Share
1 of 11
Full Screen Photos
Map
Request A Showing
Monday 24
Tuesday 25
Wednesday 26
Thursday 27
Sep
Ask a Question
Mega Realty & Investment Inc
703-642-6342
I am interested in 2136 R Street NW, Washington, DC 20008.
First Name
Last Name
Phone

Washington, DC • 20008 • Northwest Washington • Kalorama • 2136 R Street NW

FOR SALE

Est. Mortgage: **$9,548**

# $2,500,000

Listed 60 days ago

| 8 | 6.2 | 0.06 | 1911 |
| --- | --- | --- | --- |
| BEDS | BATHS | ACRES | YEAR BUILT |

OFFER DEADLINE 9/12.Opportunity to restore a truly spectacular Parisian style mansion in tony Kalorama Heights. Distinctive 24ft wide, ornate white sandstone facade featuring grand entertaining rooms with ultra high ceilings,

Ask the listing agent about this home:

**Kerry Fortune**
Washington Fine Properties,...
LISTING AGENT

Kerry, I found 2136 R Street NW on Homesnap and would like to learn more

Send Kerry a private message

Download the FREE
Homesnap App

Available on the App Store and Google Play.

555-555-0123 Text Me the Link


9/24/2018 Case 1:18-mc-00129-DLF Document 2-4 Filed 09/25/18 Page 66 of 109
2136 R Street NW, Washington, DC 20008 | MLS DC10013639 | Listing Information | Long and Foster

LONG & FOSTER
REAL ESTATE
CHRISTIE'S
INTERNATIONAL REAL ESTATE

(/) MENU

# 2136 R Street NW Washington, DC 20008

1 of 11
2018 MRIS
2018 MRIS

Back to Search (/listing/listingsearch.aspx) Virtual Tour Map

Long & Foster (https://www.longandfoster.com/) > District of Columbia (https://www.longandfoster.com/homes-for-sale/DC) > Washington (https://www.longandfoster.com/homes-for-sale/DC/Washington) > 20008 (https://www.longandfoster.com/homes-for-sale/DC/Washington/20008)

## $255 / SQ FT

**Property Type:** Other

2136 R Street NW
Washington, DC 20008 (Active)

Save Alerts Share Print

## Is this the Right Property?

☐ **Schedule a Showing**

With a dedicated team of agents, developers, and other real estate pros, the Long & Foster Commercial Division can help you answer that key question or any other you might have about 2136 R Street NW.

Just send your questions below

First Name

Last Name

Email

Phone

Contact Us

I would like more information about 2136 R Street NW, Washington, DC 20008. MLS# DC10013639

(Tel:8885360216)

https://www.longandfoster.com/commercial-for-sale/2136-R-Street-NW-Washington-DC-20008-247915380 1/6

2136 R Street NW, Washington
https://www.xome.com/commercial-for-sale/2136-R-Street-NW-Washington-DC-20008-264404143
xome
Buy
Sell
Auctions
Mortgage
Contact Us
SIGN IN
CREATE FREE ACCOUNT
FOR SALE
$ 2,500,000
EST. PAYMENT
2136 R Street NW
Washington, DC 20008
Other
Residence
0.0574
Acre Lot
Save
Share
1 of 11
Full Screen Photos
Virtual Tour
Map
2018 MRIS
CONTACT AGENT
Agent
Financing
Timeline
Submit
Hello!
Before we connect you with our preferred agent, we need your help with a few questions.
Are you working with an agent?
Yes
No
Get Prequalified
Mortgage Calc
GET ALERTS
Courtesy: Kerry Fortune - Washington Fine Properties, LLC
Description for 2136 R Street NW Washington, DC 20008
OFFER DEADLINE 9/12. Opportunity to restore a truly spectacular Parisian style mansion in tony Kalorama Heights. Distinctive 24ft wide, ornate white sandstone facade featuring grand entertaining rooms with ultra high ceilings, Palladian windows, multiple fireplaces, herringbone h/w floors, elevator, 2 car garage. Approx 9800sf under roof on 5 levels
My Drive Time
Enter your work address to view actual drive times with traffic for this property
Address

# EXHIBIT F

CERTIFICATE

The undersigned authority has the honor to certify in conformity with Article 6 of the Convention,

☒ 1. that the document has been served*

| Date | November 9, 2017 |
|---|---|
| place | Hipólito Irigoyen 250, Autonomous City of Buenos Aires, Argentine Republic |

In one of the following methods authorized by Article 5:

| ☒ | a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* |
|---|---|
| ☐ | b) in accordance with the following particular method*<br>------- |
| ☐ | c) by delivery to the addressee, if he accepts it voluntarily* |

The documents referred to in the request have been delivered to:

| Identity and description of person: | Ministry of Treasury |
|---|---|
| Relationship to the addressee (family, business or other) | ------- |

2. that the document has not been served, by reason of the following facts*

------

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*

***Annexes***

| Documents returned: | ------ |
|---|---|
| In appropriate cases, documents establishing the service | Judicial letter dated October 30, 2017 (fs. 70) |

if appropriate

| Done at Buenos Aires<br><br>April 5, 2018 | Signature and/or Stamp<br>[illegible stamp and signature] |
|---|---|

[illegible name]
Director of Legal Assistance
[illegible]

Permanent Office, November 2011

[emblem]    *70*
Judicial Power of the Nation
FEDERAL ADMINISTRATIVE LITIGATION COURT No. 9

[stamp]
[illegible] TREASURY
NOV. 2017

[stamp]
FEDERAL NATIONAL FEDERAL ADMINISTRATIVE
LITIGATION COURT
Buenos Aires, October 30, 2017.-

TO THE MINISTRY OF TREASURY
IN THEIR OFFICE

I have the honor of addressing you in the file "**INTERNATIONAL INSURANCE COMPANY V/ CAJA NACIONAL DE AHORRO Y SEGURO [**National Savings and Insurance Fund**]RE. LETTERS ROGATORY," file No.** *61432/17*, processed at this Federal Administrative Litigation Court of First Instance No. 9, in my charge, Registry No. 18 in charge of Dr. Josefina Alejandra Cicero, located at Paraguay 923, 11th floor, in the Autonomous City of Buenos Aires, in order to communicate to you the request for judicial assistance, in the terms of the "Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters" of The Hague, concerning the lawsuit filed by International Insurance Company versus  Caja Nacional de Ahorro y Seguro, ongoing at the United States District Court, Northern District of Illinois, Eastern Division. For this purpose, we enclose the respective documentation.

Without other particulars, I send you my regards.

[handwritten] State 61432/17, *valid*

Josefina Alejandra Cicero

Federal Registry                          [signature]
                              Josefina Alejandra Cicero

[initials]

[stamp]
Digitally signed by GESTION DOC
GDE
DN: [illegible] DOCUMENTARY MANAGEMENT
[illegible] MINISTRY OF MODERNIZATION
ADMINISTRATION OF MODERNIZATION
30715117564
Date: 09/11/2017 10:05:37 0300

CERTIFICATE

The undersigned authority has the honor to certify in conformity with Article 6 of the Convention,

☒ 1. that the document has been served*

| Date | November 9, 2017 |
|---|---|
| place | Posadas 1641, Autonomous City of Buenos Aires, Argentine Republic |

| In one of the following methods authorized by Article 5: | |
|---|---|
| ☒ | a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* |
| ☐ | b) in accordance with the following particular method*<br>------- |
| ☐ | c) by delivery to the addressee, if he accepts it voluntarily* |

The documents referred to in the request have been delivered to:

| Identity and description of person: | National Treasury Prosecutor |
|---|---|
| Relationship to the addressee (family, business or other) | ------- |

2. that the document has not been served, by reason of the following facts*

| ------ |
|---|

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*

***Annexes***

| Documents returned: | ------ |
|---|---|
| In appropriate cases, documents establishing the service | Judicial letter dated October 30, 2017 (fs. 46) |

if appropriate

| Done at Buenos Aires<br><br>April 5, 2018 | Signature and/or Stamp<br>[illegible stamp and signature] |
|---|---|

[illegible name]
Director of Legal Assistance
[illegible]

Permanent Office, November 2011

[emblem] *46*
Judicial Power of the Nation
FEDERAL ADMINISTRATIVE LITIGATION COURT No. 9

[stamp]
[illegible]
OF THE NATION
NOV. 9, 2017
RECEPTION DESK

[stamp]
TREASURY FEDERAL NATIONAL FEDERAL ADMINISTRATIVE LITIGATION COURT

Buenos Aires, October 30, 2017.-

TO THE PROSECUTOR'S OFFICE OF THE TREASURY OF THE NATION
NATIONAL DEPARTMENT OF INTERNATIONAL
MATTERS AND DISPUTES
IN HIS OFFICE

I have the honor of addressing you in the file "**INTERNATIONAL INSURANCE COMPANY V/ CAJA NACIONAL DE AHORRO Y SEGURO [**National Savings and Insurance Fund**]RE. LETTERS ROGATORY," file No.** 61432/17, processed at this Federal Administrative Litigation Court of First Instance No. 9, in my charge, Registry No. 18 in charge of Dr. Josefina Alejandra Cicero, located at Paraguay 923, 11th floor, in the Autonomous City of Buenos Aires, in order to communicate to you the request for judicial assistance, in the terms of the "Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters" of The Hague, concerning the lawsuit filed by International Insurance Company versus Caja Nacional de Ahorro y Seguro, ongoing at the United States District Court, Northern District of Illinois, Eastern Division. For this purpose, we enclose the respective documentation.

Without other particulars, I send you my regards.

[handwritten] *State 61432/17, valid* [signatures]

CERTIFICATE

The undersigned authority has the honor to certify in conformity with Article 6 of the Convention,

☒ 1. that the document has been served*

| Date | November 3, 2017 |
|---|---|
| Place | Esmeralda 1212, Autonomous City of Buenos Aires, Argentine Republic |

In one of the following methods authorized by Article 5:

| | |
|---|---|
| ☒ | a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* |
| ☐ | b) in accordance with the following particular method* ------- |
| ☐ | c) by delivery to the addressee, if he accepts it voluntarily* |

The documents referred to in the request have been delivered to:

| Identity and description of person: | Ministry of Foreign Relations and Religion |
|---|---|
| Relationship to the addressee (family, business or other) | ------- |

2. that the document has not been served, by reason of the following facts*

| ------ |
|---|

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*

***Annexes***

| Documents returned: | ------ |
|---|---|
| In appropriate cases, documents establishing the service | Judicial letter dated October 30, 2017 (fs. 45) |

if appropriate

| Done at Buenos Aires<br><br>April 5, 2018 | Signature and/or Stamp<br>[illegible stamp and signature] |
|---|---|

Maria del Carmen Seoane de Chiodi
Director of Legal Assistance
International

Permanent Office, November 2011

[emblem] *45*
Judicial Power of the Nation
FEDERAL ADMINISTRATIVE LITIGATION COURT No. 9

[stamp]
FEDERAL NATIONAL FEDERAL ADMINISTRATIVE LITIGATION COURT

Buenos Aires, October 30, 2017.-

TO THE MINISTRY OF FOREIGN
RELATIONS AND RELIGION
IN THEIR OFFICE

[left side]
NOV 3 2017
No. *7857 3ef 12th*

I have the honor of addressing you in the file "**INTERNATIONAL INSURANCE COMPANY V/ CAJA NACIONAL DE AHORRO Y SEGURO [**National Savings and Insurance Fund**]RE. LETTERS ROGATORY," file No.** *61432/17*, processed at this Federal Administrative Litigation Court of First Instance No. 9, in my charge, Registry No. 18 in charge of Dr. Josefina Alejandra Cicero, located at Paraguay 923, 11th floor, in the Autonomous City of Buenos Aires, in order to communicate to you the request for judicial assistance, in the terms of the "Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters" of The Hague, concerning the lawsuit filed by International Insurance Company versus Caja Nacional de Ahorro y Seguro, ongoing at the United States District Court, Northern District of Illinois, Eastern Division. For this purpose, we enclose the respective documentation.

Without other particulars, I send you my regards.

[handwritten] *State 61432/17, valid*

[signature]
Josefina Alejandra Cicero
Federal Registry

[signature]
Josefina Alejandra Cicero

[initials]



TRANSPERFECT

City of New York, State of New York, County of New York

I, Anders Ekholm, hereby certify that the document, "**FILING 2 - Bravin Decl. Ex. F (B358290)**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Anders Ekholm

Sworn to before me this
September 24, 2018

Signature, Notary Public

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

# CERTIFICADO
CERTIFICATE
*ATTESTATION*

**La autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☒ **1. que la petición ha sido ejecutada***
that the document has been served *
*que la demande a été exécutée**

| | |
|---|---|
| **– el (fecha):** the (date) / *le (date) :* | 9 de Noviembre de 2017 |
| **– en (localidad, calle, número):** at (place, street, number) / *à (localité, rue, numéro) :* | Hipólito Yrigoyen 250, ciudad autónoma de Buenos Aires, República Argentina |

**– en una de las formas siguientes previstas en el artículo 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

| | | |
|---|---|---|
| ☒ | *a)* | **según las formas legales (artículo 5, párrafo primero, letra *a*)*** in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention* *selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ | *b)* | **según la forma particular siguiente*:** in accordance with the following particular method*: *selon la forme particulière suivante* :* ——— |
| ☐ | *c)* | **por simple entrega*** by delivery to the addressee, if he accepts it voluntarily* *par remise simple** |

**Los documentos mencionados en la petición han sido entregados a:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Identidad y calidad de la persona:** Identity and description of person : *Identité et qualité de la personne :* | Ministerio de Hacienda |
| **Vínculos de parentesco, subordinación u otros, con el destinatario del documento:** Relationship to the addressee (family, business or other): *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | ——— |

☐ **2. que la petición no ha sido ejecutada, en razón a los hechos siguientes*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants* :*

| |
|---|
| ——— |

☐ **Conforme al artículo 12, párrafo 2, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyos detalles figuran en la declaración adjunta*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

***Anexos***
Annexes / *Annexes*

| | |
|---|---|
| **Documentos reenviados:** Documents returned: *Pièces renvoyées :* | ——— |
| **En su caso, los documentos justificativos de la ejecución:** In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution :* | Oficio Judicial de fecha 30 de octubre de 2017 (fs. 70 ) |

* Si procede
if appropriate / *s'il y a lieu*

| | |
|---|---|
| **Hecho en** Buenos Aires, Done at / *Fait à* **el** 5 de abril de 2018 the / *le* | **Firma y / o sello** Signature and/or stamp / *Signature et / ou cachet* [signature] Dra. MARIA SEOANE de CHIODI Directora de Asistencia Jurídica Internacional |

MINISTERIO DE RELACIONES EXTERIORES Y CULTO — DIRECCIÓN DE ASISTENCIA JURÍDICA INTERNACIONAL





70

Poder Judicial de la Nación

JUZGADO CONTENCIOSO ADMINISTRATIVO FEDERAL 9

MINISTERIO DE HACIENDA
9 NOV. 2017

Buenos Aires, 30 de octubre de 2017.-

AL MINISTERIO DE HACIENDA

S_____________/_____________D

Tengo el agrado de dirigirme a V.E., en los autos **"INTERNATIONAL INSURANCE COMPANY C/ CAJA NACIONAL DE AHORRO Y SEGURO S/ EXHORTO", expte. N°** 61432/17, que tramitan por ante este Juzgado Nacional de Primera Instancia en lo Contencioso Administrativo Federal n° 9, a mi cargo, Secretaría n° 18, a cargo de la Dra. Josefina Alejandra Cicero, sito en Paraguay 923, 11° piso, de la Ciudad Autónoma de Buenos Aires, a fin de notificarle la solicitud de asistencia judicial , en los términos del "Convenio relativo a la comunicación y notificación en el extranjero de documentos judiciales y extrajudiciales en materia civil o comercial" de La Haya, relativas al juicio iniciado por International Insurance Company contra Caja Nacional de Ahorro y Seguro, en trámite ante la Corte de Distrito de los Estados Unidos, Distrito Norte de Illinois, División Este. A tal fin se acompaña la documentación respectiva.

Digitally signed by GESTION DOCUMENTAL GDE
DN: cn=GESTION DOCUMENTAL, o=MINISTERIO DE MODERNIZACION, MODERNIZACION ADMINISTRATIVA
30715117564
Date: 2017.11.09 10:54:37 -03'00'

Sin otro particular, saludo a V.E., muy atentamente.-

Eb "61432/17", vale

Josefina Alejandra Cicero
Secretaria Federal

Josefina Alejandra Cicero

# CERTIFICADO
CERTIFICATE
*ATTESTATION*

**La autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☒ **1. que la petición ha sido ejecutada***
that the document has been served *
*que la demande a été exécutée**

| | |
|---|---|
| **– el (fecha):** the (date) / *le (date) :* | 9 de Noviembre de 2017 |
| **– en (localidad, calle, número):** at (place, street, number) / *à (localité, rue, numéro) :* | Posadas 1641, ciudad autónoma de Buenos Aires, República Argentina |

| | |
|---|---|
| **– en una de las formas siguientes previstas en el artículo 5:** in one of the following methods authorised by Article 5: *dans une des formes suivantes prévues à l'article 5 :* | |
| ☒ | *a)* **según las formas legales (artículo 5, párrafo primero, letra *a*)*** in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention* *selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ | *b)* **según la forma particular siguiente*:** in accordance with the following particular method*: *selon la forme particulière suivante* :* ——— |
| ☐ | *c)* **por simple entrega*** by delivery to the addressee, if he accepts it voluntarily* *par remise simple** |

**Los documentos mencionados en la petición han sido entregados a:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Identidad y calidad de la persona:** Identity and description of person : *Identité et qualité de la personne :* | Procuración del Tesoro |
| **Vínculos de parentesco, subordinación u otros, con el destinatario del documento:** Relationship to the addressee (family, business or other): *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | ——— |

☐ **2. que la petición no ha sido ejecutada, en razón a los hechos siguientes*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants* :*

| |
|---|
| ——— |

☐ **Conforme al artículo 12, párrafo 2, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyos detalles figuran en la declaración adjunta*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

***Anexos***
Annexes / *Annexes*

| | |
|---|---|
| **Documentos reenviados:** Documents returned: *Pièces renvoyées :* | ——— |
| **En su caso, los documentos justificativos de la ejecución:** In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution :* | Oficio Judicial de fecha 30 de octubre de 2017 (fs. 46 ) |

* Si procede
if appropriate / *s'il y a lieu*

| | |
|---|---|
| **Hecho en** Buenos Aires, Done at / *Fait à* **el** 5 de abril de 2018 the / *le* | **Firma y / o sello** Signature and/or stamp / *Signature et / ou cachet* [signature] Dra. MARIA SEOANE de CHIODI Directora de Asistencia Jurídica Internacional |

[Stamp: MINISTERIO DE RELACIONES EXTERIORES Y CULTO – DIRECCIÓN DE ASISTENCIA JURÍDICA INTERNACIONAL]



46

Poder Judicial de la Nación

JUZGADO CONTENCIOSO ADMINISTRATIVO FEDERAL 9

JUZGADO NACIONAL EN LO CONTENCIOSO ADMINISTRATIVO FEDERAL Nº 9

PROCURACIÓN DEL TESORO DE LA NACIÓN
-9 NOV 2017
MESA DE ENTRADAS

Buenos Aires, 30 de octubre de 2017.-

A LA PROCURACION DEL TESORO DE LA NACION

DIRECCION NACIONAL DE ASUNTOS Y

CONTROVERSIAS INTERNACIONALES

S_____________/_____________D

Tengo el agrado de dirigirme a V.E., en los autos **"INTERNATIONAL INSURANCE COMPANY C/ CAJA NACIONAL DE AHORRO Y SEGURO S/ EXHORTO"**, **expte. N°** 61432/17, que tramitan por ante este Juzgado Nacional de Primera Instancia en lo Contencioso Administrativo Federal n° 9, a mi cargo, Secretaría n° 18, a cargo de la Dra. Josefina Alejandra Cicero, sito en Paraguay 923, 11° piso, de la Ciudad Autónoma de Buenos Aires, a fin de notificarle la solicitud de asistencia judicial , en los términos del "Convenio relativo a la comunicación y notificación en el extranjero de documentos judiciales y extrajudiciales en materia civil o comercial" de La Haya, relativas al juicio iniciado por International Insurance Company contra Caja Nacional de Ahorro y Seguro, en trámite ante la Corte de Distrito de los Estados Unidos, Distrito Norte de Illinois, División Este. A tal fin se acompaña la documentación respectiva.

Sin otro particular, saludo a V.E., muy atentamente.-

Bdo "61432"

# CERTIFICADO
CERTIFICATE
*ATTESTATION*

**La autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☒ **1. que la petición ha sido ejecutada***
that the document has been served *
*que la demande a été exécutée**

| | |
|---|---|
| **– el (fecha):** the (date) / *le (date)* : | 3 de Noviembre de 2017 |
| **– en (localidad, calle, número):** at (place, street, number) / *à (localité, rue, numéro)* : | Esmeralda 1212, ciudad autónoma de Buenos Aires República Argentina |

**– en una de las formas siguientes previstas en el artículo 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

| | | |
|---|---|---|
| ☒ | *a)* | **según las formas legales (artículo 5, párrafo primero, letra *a*)*** in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention* *selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ | *b)* | **según la forma particular siguiente*:** in accordance with the following particular method*: *selon la forme particulière suivante* :* ——— |
| ☐ | *c)* | **por simple entrega*** by delivery to the addressee, if he accepts it voluntarily* *par remise simple** |

**Los documentos mencionados en la petición han sido entregados a:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Identidad y calidad de la persona:** Identity and description of person : *Identité et qualité de la personne :* | Ministerio de Relaciones Exteriores y Culto |
| **Vínculos de parentesco, subordinación u otros, con el destinatario del documento:** Relationship to the addressee (family, business or other): *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | ——— |

☐ **2. que la petición no ha sido ejecutada, en razón a los hechos siguientes*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants* :*

———

☐ **Conforme al artículo 12, párrafo 2, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyos detalles figuran en la declaración adjunta*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

***Anexos***
Annexes / *Annexes*

| | |
|---|---|
| **Documentos reenviados:** Documents returned: *Pièces renvoyées :* | ——— |
| **En su caso, los documentos justificativos de la ejecución:** In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution :* | Oficio Judicial de fecha 30 de octubre de 2017 (fs. 45) |

* Si procede
if appropriate / *s'il y a lieu*

| | |
|---|---|
| **Hecho en** Buenos Aires, Done at / *Fait à* **el** 5 de abril de 2018 the / *le* | **Firma y / o sello** Signature and/or stamp / *Signature et / ou cachet* ——— [signature] Dra. MARIA SEOANE de CHIODI Directora de Asistencia Jurídica Internacional [stamp: MINISTERIO DE RELACIONES EXTERIORES] |



45

Poder Judicial de la Nación

JUZGADO CONTENCIOSO ADMINISTRATIVO FEDERAL 9

Buenos Aires, 30 de octubre de 2017.-

AL MINISTERIO DE RELACIONES

EXTERIORES Y CULTO

S_______________/_______________D

Tengo el agrado de dirigirme a V.E., en los autos **"INTERNATIONAL INSURANCE COMPANY C/ CAJA NACIONAL DE AHORRO Y SEGURO S/ EXHORTO"**, **expte N°** 61432/17, que tramitan por ante este Juzgado Nacional de Primera Instancia en lo Contencioso Administrativo Federal n° 9, a mi cargo, Secretaría n° 18, a cargo de la Dra. Josefina Alejandra Cicero, sito en Paraguay 923, 11° piso, de la Ciudad Autónoma de Buenos Aires, a fin de notificarle la solicitud de asistencia judicial , en los términos del "Convenio relativo a la comunicación y notificación en el extranjero de documentos judiciales y extrajudiciales en materia civil o comercial" de La Haya, relativas al juicio iniciado por International Insurance Company contra Caja Nacional de Ahorro y Seguro, en trámite ante la Corte de Distrito de los Estados Unidos, Distrito Norte de Illinois, División Este. A tal fin se acompaña la documentación respectiva.

Sin otro particular, saludo a V.E., muy atentamente.-

Etb "61432/17", vale

Josefina Alejandra Cicero
Secretaria Federal

Josefina Alejandra Cicero

- 3 NOV 2017 N° 7875 389 12°

# EXHIBIT G

**"2018 - YEAR OF THE CENTENNIAL OF UNIVERSITY REFORM"**

[emblem]
**Ministry of Foreign Affairs and Worship**

Note No. [handwritten:] *2865/18*

Please reference Case File 2113/17

Buenos Aires, [stamp:] **05 APR 2018**

Mr. Mark Bravin
Attorney at Law Mitchell Silberberg & Knupp LLP
1818 N Street NW, 8th Floor
Washington DC 20036
USA

  I have the pleasure of writing you for the purpose of referencing the Motion released in terms of the Hague Convention of November 15, 1965, on Service Abroad of Judicial and Extra-Judicial Documents (received at this Directorate, attached to your Note dated March 16, 2018), the purpose of which is to notify the Ministry of Foreign Affairs and Worship of the ruling handed down in Case No. 17 C 2835, ND Illinois (January 8, 2018), titled "TIG Insurance Company et al. V. Republic of Argentina," in proceedings before the United States District Court for the Northern District of Illinois, Eastern Division.

  To this respect, it should be clarified that receipt of the documentation by the Ministry has been in the character of Central Authority designated by the Argentine Republic for application of the Hague Convention of 1965, and not as the defendant party.

  That being the case, since it has been indicated in the petition that the summons be made through the procedure of Article 5, first paragraph, item a), of the Convention, this is through the judicial route, with the motion for attendance having to be lodged with the Federal Court of First Instance for Civil and Commercial Affairs, in rotation, so as to complete the service requested by the United States authorities.

[barcode]
Generated by DAJINGES BNO: 3029/2018
Case File 2113/2017

**"2018 - YEAR OF THE CENTENNIAL OF UNIVERSITY REFORM"**

[emblem]
**Ministry of Foreign Affairs and Worship**

Once the process of service is complete, the corresponding records that accredit this will be remitted.

Sincere greetings,

[signature]

[stamp:]
Dr. MARIA SEOANE de CHIODI
Director of Legal Assistance
International

moi

[barcode]
Generated by DAJINGES BNO: 3029/2018
Case File 2113/2017



TRANSPERFECT

City of New York, State of New York, County of New York

I, Anders Ekholm, hereby certify that the document, "**2018-04-05 Central Authority Notice of Beginning Process of Service (B03...**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Anders Ekholm

Sworn to before me this
September 24, 2018

Signature, Notary Public

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

"2018 - AÑO DEL CENTENARIO DE LA REFORMA UNIVERSITARIA"

Ministerio de Relaciones Exteriores y Culto

Nota N° 2865/18

Sírvase citar Carpe. 2113/17

Buenos Aires, 05 ABR 2018

Al Señor Mark Bravin
Attorney at Law Mitchell Silberberg & Knupp LLP
1818 N Street NW, 8th Floor
Washington DC 20036
USA

Tengo el agrado de dirigirme a Usted, con el objeto de hacer referencia a la Solicitud librada en los términos del Convenio relativo a la Comunicación y Notificación en el Extranjero de Documentos Judiciales o Extrajudiciales de La Haya del 15 de noviembre de 1965 (recibida en esta Dirección adjunta a su Nota de fecha 16 de marzo de 2018), cuyo objeto consiste en notificar al Ministerio de Relaciones Exteriores y Culto la sentencia recaída en la causa N° 17 C 2835, ND Illinois (January 8,2018), caratulada "TIG Insurance Company et al. V. Republic of Argentina", en trámite ante el Tribunal de Distrito de los Estados Unidos, Distrito Norte de Illinois, División Este.

Al respecto, cabe aclarar que la recepción de la documentación por el Ministerio, lo ha sido en el carácter de Autoridad Central designada por la República Argentina para la aplicación del Convenio de La Haya de 1965 y no como persona demandada.

Ello así, pues en la petición se ha indicado que la notificación se practique a través del procedimiento del artículo 5, primer párrafo, inciso a) de la Convención, esto es por la vía judicial, debiéndose radicar para ello la solicitud de asistencia ante el Juzgado de Primera Instancia en lo Contencioso Administrativo Federal de Turno, a fin de que disponga la notificación requerida por las autoridades estadounidenses.

Generado por DAJINGES BNO:3029/2018
Carpeta 2113/2017



"2018 - AÑO DEL CENTENARIO DE LA REFORMA UNIVERSITARIA"

Ministerio de Relaciones Exteriores y Culto

Una vez efectuada la notificación judicial, se remitirán las constancias correspondientes que lo acrediten.

Saludo a Ud. Atentamente.

moi

Dra. MARIA SEOANE de CHIODI
Directora de Asistencia Jurídica Internacional

Generado por DAJINGES BNO:3029/2018
Carpeta 2113/2017

# EXHIBIT H

M. Vitetta
público
inglés
148 Cap. Fed.
C.B.A. N.° 7275

TRADUCCIÓN PÚBLICA ------------------------------------------------------------------
CERTIFIED TRANSLATION ---------------------------------------------------------------
[Coat of Arms] --------------------------------------------------------------------------
Judicial Branch in the City of Buenos Aires ---------------------------------------------
[Stamp:] Federal Court on Administrative Litigation Matters No. 9--------------------
Federal Court on Administrative Litigation Matters No. 9-----------------------------
Buenos Aires, June 5, 2018 -----------------------------------------------------------------
[Stamp:] June 14, 2018. International Legal Assistance ---------------------------------
To the Minister of Foreign Affairs and Worship:---------------------------------------

I am writing to you in my capacity as judge of this Federal Court on Administrative Litigation Matters No. 9, Clerk's Office No. 18, under the charge of Ms. Josefina Alejandra Cicero, in case "TIG INSURANCE COMPANY Y OTROS C/REPÚBLICA ARGENTINA", expte. N.° 1992/18 ("TIG INSURANCE COMPANY ET AL. V. ARGENTINE REPUBLIC," case file No. 1992/18), with the purpose of serving the judicial-assistance request on you which was sent by Mark Bravin, Attorney at Law Michell Silberberg & Knupp LLP, Washington DC, relative to the lawsuit filed by TIG Insurance Company et al. v. Argentine Republic, pending before U.S. District Court for the Northern District of Illinois, Eastern Division, under the terms of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, The Hague, November 15, 1965, passed by law No. 25907. --

The documents pertaining to the request mentioned are attached hereto.-------------

Sincerely,-----------------------------------------------------------------------------
[Signature] ----------------------------------------------------------------------------
PABLO G. CAYSSIALS, Federal Judge. ----------------------------------------------
[Stamp:] Ministry of Foreign Affairs and Worship, Filing Desk. Filed: June 14, 2018.-

[For certification purposes only:] This is a translation into English of the original document in Spanish. Buenos Aires, Argentina, July 11, 2018. ------------------------

Es traducción al inglés del documento en español adjunto. Buenos Aires (Argentina), 11 de julio de 2018. ---------------------------------------------------------------

COLEGIO DE TRADUCTORES PÚBLICOS
DE LA CIUDAD DE BUENOS AIRES
Corresponde a la Legalización
Nº 515.83/18
GUSTAVO ADRIAN SIGALOFF

Mariano M. Vitetta
Traductor público
Idioma Inglés
Mat. T.° XIX F.° 148 Cap. Fed.
Inscrip. C.T.P.C.B.A. N.° 7275



Poder Judicial de la Nación

JUZGADO CONTENCIOSO ADMINISTRATIVO FEDERAL 9

14 JUN 2018
...de Asistencia Jurídica Internacional

Buenos Aires, 5 de junio de 2018.-

AL MINISTRO DE RELACIONES EXTERIORES Y CULTO

S_____________/___________D

Tengo el honor de dirigirme a V.E., en mi carácter de titular de este Juzgado Nacional de Primera Instancia en lo Contencioso Administrativo Federal n° 9, a mi cargo, Secretaría n° 18 a cargo de la Dra. Josefina Alejandra Cicero, en los autos **"TIG INSURANCE COMPANY Y OTROS C/REPUBLICA ARGENTINA", expte. N° 1992/18,** a fin de notificarle la solicitud de asistencia judicial enviada por Mark Bravin, Attorney at Law Michell Silberberg & Knupp LLP, Washington DC, relativas al juicio iniciado por TIG Insurance Company y otros c/ República Argentina , en trámite por ante la Corte de Distrito de los Estados Unidos , Distrito Norte de Illinois, División Este; en los términos del Convenio relativo a la comunicación y notificación en el extranjero de documentos judiciales y extrajudicial en materia civil o comercial, de La Haya del 15/11/65, aprobado por ley 25.097.-

Se adjunta al presente la documentación correspondiente a la solicitud indicada.-

Sin otro particular, saludo a V.E., muy atentamente.-

PABLO G. CAYSSIALS
JUEZ FEDERAL

MINISTERIO DE RELACIONES EXTERIORES Y CULTO
MESA DE ENTRADAS
ENTRADA
14 JUN 2018

TRADUCCIÓN PÚBLICA ------------------------------------------------------------------
CERTIFIED TRANSLATION --------------------------------------------------------------
[Coat of Arms] -----------------------------------------------------------------------
Argentine Republic—Executive Branch -----------------------------------------------
2018—Year of the Centennial of the University Reform ----------------------------
Letter -------------------------------------------------------------------------------
Number: NO-2018-30469368-APN-DGCL#MRE -----------------------------------------
City of Buenos Aires ----------------------------------------------------------------
Tuesday, June 26, 2018 --------------------------------------------------------------
Re: Request in "TIG Insurance Company et al. v. Argentine Republic" ---------------
To: Ignacio Pérez Cortés (SECLYA#MHA) --------------------------------------------
With copy to: ------------------------------------------------------------------------
Dear Sir: ----------------------------------------------------------------------------
To the Legal and Administrative Secretary ------------------------------------------
of the Ministry of the Treasury ------------------------------------------------------
Ignacio Pérez Cortés ----------------------------------------------------------------

I am writing to you in connection with NO-2018-13176729-APN-DAJI#MRE, with the purpose of letting you know that an official letter was received which was sent by Federal Court on Administrative Litigation Matters No. 9, Clerk's Office No. 18, in case "TIG Insurance Company y Otros c/ República Argentina." -------------------

On June 14, 2018 such official letter was used to serve a judgment issued by the U.S. District Court for the Northern District of Illinois on January 8 within case "TIG Insurance Company et al. v. Republic of Argentina," for plaintiff TIG and against the Argentine Republic, in the amount of USD 3,459,489.31. ------------------------------

The official letter mentioned and the documents attached to it are attached to this letter as an embedded file.------------------------------------------------------------

Sincerely,----------------------------------------------------------------------------
[Digital signature on June 26, 2018]-----------------------------------------------
Gabriel Herrera ----------------------------------------------------------------------
Legal Counsel -----------------------------------------------------------------------
Office of the General Counsel--------------------------------------------------------
Ministry of Foreign Affairs and Worship --------------------------------------------

[For certification purposes only:] This is a translation into English of the original document in Spanish. Buenos Aires, Argentina, July 11, 2018. ------------------------

Es traducción al inglés del documento en español adjunto. Buenos Aires (Argentina), 11 de julio de 2018. ---------------------------------------------------------------

COLEGIO DE TRADUCTORES PÚBLICOS
DE LA CIUDAD DE BUENOS AIRES
Corresponde a la Legalización
Nº 515 84/18
GUSTAVO ADRIAN BIALOFF

Mariano M. Vitetta
Traductor público
Idioma Inglés
Mat. T.º XIX F.º 148 Cap. Fed.
Inscrip. C.T.P.C.B.A. N.º 7275



República Argentina - Poder Ejecutivo Nacional
2018 - Año del Centenario de la Reforma Universitaria

**Nota**

**Número:** NO-2018-30469368-APN-DGCL#MRE

CIUDAD DE BUENOS AIRES
Martes 26 de Junio de 2018

**Referencia:** Petición en autos "TIG Insurance Company et al. V. Republic of Argentina"

**A:** Ignacio Pérez Cortés (SECLYA#MHA),

**Con Copia A:**

---

**De mi mayor consideración:**

Al Sr. Secretario Legal y Administrativo

del Ministerio de Hacienda

Ignacio Pérez Cortés

S / D

Tengo el agrado de dirigirme a Ud., en adición a la NO-2018-13176729-APN-DAJI#MRE, con el objeto de poner en su conocimiento que se recibió oficio librado por el Juzgado Nacional de Primera Instancia en lo Contencioso Administrativo Federal N° 9, Secretaría N° 18, en los autos "TIG Insurance Company y Otros c/ República Argentina".

Mediante dicho oficio, el 14 de junio del corriente año se notificó a este Ministerio de la sentencia dictada por el Tribunal de Distrito de Estados Unidos para el Distrito Norte de Illinois el pasado 8 de enero en la causa "TIG Insurance Company et al. V. Republic of Argentina", a favor del peticionante TIG y contra la República Argentina, por U$S 3.459.489,31.

Se acompaña a la presente, como archivo embebido, el oficio de referencia y la documentación adjunta al mismo.

Sin otro particular saluda atte.

Digitally signed by GESTION DOCUMENTAL ELECTRONICA - GDE
DN: cn=GESTION DOCUMENTAL ELECTRONICA - GDE, c=AR, o=MINISTERIO DE MODERNIZACION, ou=SECRETARIA DE MODERNIZACION ADMINISTRATIVA, serialNumber=CUIT 30715117564
Date: 2018.06.26 18:26:19 -03'00'

Mariano
Traduc
Idion
Mat. T.° XIX
Inscrip. C.T.

Gabriel Herrera
Asesor Legal
Dirección General de Consejería Legal
Ministerio de Relaciones Exteriores y Culto

Digitally signed by GESTION DOCUMENTAL ELECTRONICA - GDE
DN: cn=GESTION DOCUMENTAL ELECTRONICA - GDE, c=AR, o=MINISTERIO DE MODERNIZACION, ou=SECRETARIA DE MODERNIZACION ADMINISTRATIVA, serialNumber=CUIT 30715117564
Date: 2018.06.26 18:26:20 -03'00'

# EXHIBIT I

From: Bey, Tiana
To: "Moira Martinez"
Cc: " Dr. Maria del Carmen Seoane de Chiodi"; Lee, Gilbert S.; Bravin, Mark
Subject: RE: Carpe 2113/17 –
Date: Tuesday, September 4, 2018 5:07:22 PM

Dear Dr. Martinez – Good evening. As a continuation of my letter of June 11, 2018, I am sending attached the letter of April 5, 2018 that we received from your office concerning the service of a sentence dated January 8, 2018 against the Argentine Republic, rendered at the United States District Court for the Northern District of Illinois. Could you please investigate the service status of this sentence to the government of Argentina? In addition, please provide some update or certificate for me and Mark Bravin by sending a letter to tab@msk.com and mnb@msk.com.

[emblem] msk
Tiana A. Bey | Attorney-at-Law
T: 202.470.2764 | tab@msk.com
Mitchell Silberberg & Knupp LLP | www.msk.com
1818 N Street NW, 7th Floor, Washington, DC 20036

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

From: Bey, Tiana
Sent: Monday, June 11, 2018 11:47 AM
To: Bravin, Mark <mnb@msk.com>; 'Moira Martinez' moi@MRCIC.gov.ar
Cc: 'Dr. Maria del Carmen Seoane de Chiodi' <msc@mrecic>gov.ar>; Lee, Gilbert S. gsl@,sk.com
Subject: RE: Carpe 2113/17 –

Dear Dr. Martinez – Good morning. As a continuation of the letter of June 6, 2018 (9:11 p.m.) sent to you by Mark Bravin, where Mr. Bravin refers to a “pending case in your office for three months for the same client under The Hague Convention,” I am attaching the letter of April 5, 2018 that we received from your office in connection with the service of a sentence of January 8, 2018 against the Argentine Republic, rendered at the United States District Court for the Northern District of Illinois. Could you please investigate the service status of this sentence to the government of Argentina? In addition, please provide some update or certificate for me and Mark Bravin by sending a letter to tab@msk.com and mnb@msk.com.

Many thanks,

Tiana A. Bey

[emblem] msk
Tiana A. Bey | Attorney-at-Law
T: 202.470.2764 | tab@msk.com
Mitchell Silberberg & Knupp LLP | www.msk.com
1818 N Street NW, 8th Floor, Washington, DC 20036

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

From: Bravin, Mark
Sent: Wednesday, June 6, 2018 9:11 PM
To: 'Moira Martinez' moi@MRECIC.gov.ar>
Cc: 'Dr. Maria del Carmen Seoane de Chiodi'; <msc@mrecic>gov.ar>; Lee, Gilbert S. gsl@,sk.com
Subject: RE: Carpe 2113/17 –

Dear Dr. Martinez – My apologies. Apparently, I had a printed copy that had only one of the three Delivery Certificates. But now we have confirmed that the electronic document you sent us does include everything necessary.

We have a second pending request in your office for some three months for the same client under The Hague Convention. Please investigate and let me know the status of said request.

Many thanks,

Mark N. Bravin

[emblem] msk
Mark N. Bravin | Partner, through his professional corporation

T: 202.355.7909 | mnb@msk.com
Mitchell Silberberg & Knupp LLP | www.msk.com
1818 N Street NW, 8th Floor, Washington, DC 20036

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

From: Bravin, Mark
Sent: Wednesday, June 06, 2018 7:23 AM
To: 'Moira Martinez'
Cc: 'Dr. Maria del Carmen Seoane de Chiodi'; Lee, Gilbert S.
Subject: Carpe 2113/17 –

Dear Dr. Martinez – Good morning. I am referring to the communications copied below that I sent to you on April 5, 2018 and to your director on Monday, April 2.

For your convenience, I enclose copies of our applications, dated August 1, 2017, addressed to your office, in the capacity of Central Authority of Argentina, to deliver legal documents to three officials/ entities of the Argentine Republic:

1. The Minister of Foreign Affairs and Religion, Susana Mabel Malcorra, Ministry of Foreign Affairs and Religion of the Argentine Republic

2. Caja Nacional De Ahorro y Seguro [National Savings and Insurance Fund], by Dr. Silvina Gonzalez Napolitano, National Director of International Affairs and Disputes, Office of the Treasury Attorney of the Argentine Republic

3. Caja Nacional De Ahorro y Seguro [National Savings and Insurance Fund], in charge of the Ministry of the Treasury and Public Finance.

Ref. pages 4-30 of the first pdf.

I asked you to return to us the three Delivery Certificates, duly executed, according to Article 6 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters of The Hague of November 15, 1965. Initially, you answered with the blank certificates.

On April 5, I sent directly to you an email asking to return the three certificates duly filled out, signed and sealed. The same day, I received your email only with one of the three, the Delivery Certificate to the Ministry of Treasury.

Would you be so kind as to send us copies of the Delivery Certificate (1) to the Minister of External Relations and Religion, Susana Mabel Malcorra, Ministry of Foreign Relations and Religion, and (2) to Dr. Silvina Gonzalez Napolitano, National Director of International Affairs and Disputes, Office of the Prosecutor of the Treasury of the Argentine Republic?

Best regards,

Mark N. Bravin

[emblem] msk
Mark N. Bravin | Partner, through his professional corporation
T: 202.355.7909 | mnb@msk.com
Mitchell Silberberg & Knupp LLP | www.msk.com
1818 N Street NW, 8th Floor, Washington, DC 20036

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

From: Bravin, Mark
Sent: Thursday, April 05, 2018 11:23 AM
To: 'Moira Martinez'
Subject: Carpe 2113/17 –

Dear Dr. Martinez – Good morning. Enclosed below I am presenting a copy of the latter I sent to your director on Monday, April 2. Since nobody answered me, I called yesterday and checked that you are in charge of the matter. Please be so kind as to review my mail and let me know if your office, in the capacity of Central Authority of Argentina, could send us the Certificate according to Article 6 of the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters of The Hague of November 15, 1965, duly executed. I am waiting for your prompt answer.

Best regards,

Mark Bravin

[emblem] msk
Mark N. Bravin | Partner, through his professional corporation
T: 202.355.7909 | mnb@msk.com
Mitchell Silberberg & Knupp LLP | www.msk.com
1818 N Street NW, 8th Floor, Washington, DC 20036

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

From: Bravin, Mark
Sent: Monday, April 02, 2018 07:09 AM
To: Dr. Maria del Carmen Seoane de Chiodi
Cc: Bey, Tiana
Subject: Carpe 2113/17 –

Dr. Maria del Carmen Seoane de Chiodi' <msc@mrecic.gov.ar>
Director of International Judicial Assistance
Central Authority for Service Abroad of Judicial or Extrajudicial Documents of The Hague of November 15, 1965
Ministry of Foreign Relation, International Commerce and Religion
Esmeraldo 1212 – 4TH Floor,
Buenos Aires
Tel. (54) 11 48197171/7249
Fax (54) 11 48197170

Ref: Carpe 2113/17 – Request of the International Insurance Company Versus Caja Nacional De Ahorro y Seguro [National Savings and Insurance Fund]

Dear Dr. Seonane [sic] de Chiodi –
I acknowledge receipt of your enclosed letter, Note No. 504/18, dated January 12, 2018, including 71 pages of documents. This letter responds to our request, from our client, International Insurance Company, to deliver - in accordance with the Convention for the Service Abroad of Judicial or Extrajudicial Documents of the Hague of November 15, 1965 - some official documents (judicial decisions of the United States District Court, Northern District of Illinois, Eastern Division), against the Caja Nacional De Ahorro y Seguro [National Savings and Insurance Fund].

In the folio of documents that you returned, on page 7, there is the Certificate which the Central Authority should execute in accordance with Article 6 of the Convention, to confirm that the judicial documents were delivered to such individual on such date and such address in Buenos Aires. But in this circumstance, you returned the "blank" Certificate, i.e. without filling it out and without your signature and the official stamp of the Central Authority. As a result, we do not have the proof we need to present to the judge in Illinois to show that the documents were delivered in accordance with the request and the Convention. Could you be so kind as to fill out and sign such Certificate, and send it to my office by email?

Sincerely,

Mark Bravin

[emblem] msk
Mark N. Bravin | Partner, through his professional corporation
T: 202.355.7909 | mnb@msk.com
Mitchell Silberberg & Knupp LLP | www.msk.com
1818 N Street NW, 8th Floor, Washington, DC 20036

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW,


City of New York, State of New York, County of New York

I, Anders Ekholm, hereby certify that the document, "**RE_ Carpe 2113_17 -**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Anders Ekholm

Sworn to before me this
September 24, 2018

Signature, Notary Public

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

**From:** Bey, Tiana
**To:** "Moira Martinez"
**Cc:** "Dra. Maria del Carmen Seoane de Chiodi"; Lee, Gilbert S.; Bravin, Mark
**Subject:** RE: Carpe 2113/17 -
**Date:** Tuesday, September 4, 2018 5:07:22 PM

---

Estimada Dra. Martinez – Buenos noches. Como continuación de la comunicación del 11 de junio de 2018 que le envie, Adjunto la comunicación del 5 de abril de 2018 que recibimos de su oficina en relación con el servicio de una sentencia de 8 de enero de 2018 contra la República Argentina, emitida en el Tribunal de Distrito de los Estados Unidos para el Distrito Norte de Illinois. ¿Podría por favor investigar el estado del servicio de esa sentencia en el gobierno de Argentina? Además, proporcionó por favor cualquier actualización o certificado para mí y Mark Bravin mediante el envío de una comunicación a tab@msk.com y mnb@msk.com.

**Tiana A. Bey** | **Attorney-at-Law**
T: 202.470.2764 | tab@msk.com
**Mitchell Silberberg & Knupp LLP** | **www.msk.com**
1818 N Street NW, 7th Floor, Washington, DC 20036

**THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.**

---

**From:** Bey, Tiana
**Sent:** Monday, June 11, 2018 11:47 AM
**To:** Bravin, Mark <mnb@msk.com>; 'Moira Martinez' <moi@MRECIC.gob.ar>
**Cc:** 'Dra. Maria del Carmen Seoane de Chiodi' <msc@mrecic.gov.ar>; Lee, Gilbert S. <gsl@msk.com>
**Subject:** RE: Carpe 2113/17 -

Estimada Dra. Martinez – Buenos días. Como continuación de la comunicación del 6 de junio de 2018 (9:11 p.m.) que le envió Mark Bravin, donde Sr. Bravin referencia a "una causa pendiente en su oficina por tres meses por la misma clientela bajo el Convenio de la Haya," Adjunto la comunicación del 5 de abril de 2018 que recibimos de su oficina en relación con el servicio de una sentencia de 8 de enero de 2018 contra la República Argentina, emitida en el Tribunal de Distrito de los Estados Unidos para el Distrito Norte de Illinois. ¿Podría por favor investigar el estado del servicio de esa sentencia en el gobierno de Argentina? Además, proporcionó por favor cualquier actualización o certificado para mí y Mark Bravin mediante el envío de una comunicación a tab@msk.com y mnb@msk.com.

Mil gracias,

Tiana A. Bey

**Tiana A. Bey** | **Attorney-at-Law**
T: 202.470.2764 | tab@msk.com
**Mitchell Silberberg & Knupp LLP** | **www.msk.com**
1818 N Street NW, 8th Floor, Washington, DC 20036

**THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.**

---

**From:** Bravin, Mark
**Sent:** Wednesday, June 6, 2018 9:11 PM
**To:** 'Moira Martinez' <moi@MRECIC.gob.ar>
**Cc:** 'Dra. Maria del Carmen Seoane de Chiodi' <msc@mrecic.gov.ar>; Lee, Gilbert S. <gsl@msk.com>
**Subject:** RE: Carpe 2113/17 -

Estimada Dra. Martinez – le pido perdón. Aparentemente, yo tenia una copia imprimida que tiene solamente una de los tres Certificaciones de Entrega. Pero, ahora hemos confirmado que el documento electrónico que nos mandó si incluye todo lo necesario.

Tenemos una segunda solicitud pendiente en su oficina por unos tres meses por la misma cliente bajo el Convenio de la Haya. Le ruego investigar y avisarme el estatus de dicho solicitud.

Mil gracias,

Mark N. Bravin

**Mark N. Bravin** | **Partner, through his professional corporation**

T: 202.355.7909 | mnb@msk.com
**Mitchell Silberberg & Knupp LLP** | **www.msk.com**
1818 N Street NW, 8th Floor, Washington, DC 20036

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

---

**From:** Bravin, Mark
**Sent:** Wednesday, June 06, 2018 7:23 AM
**To:** 'Moira Martinez'
**Cc:** 'Dra. Maria del Carmen Seoane de Chiodi'; Lee, Gilbert S.
**Subject:** Carpe 2113/17 -

Estimada Dra. Martinez – Buenos días. Le refiero a las comunicaciones copiadas abajo que mandé a Usted el 5 de abril de 2018 y a su directora el lunes, 2 de abril.

Para su conveniencia, adjunto le remito copias de nuestras solicitudes, con fecha del 1 de agosto 2017, dirigidos a su oficina, en capacidad de Autoridad Central de Argentina, para entregar documentos judiciales a tres oficiales/entidades de la República de Argentina:

1. La Ministra de Relaciones Exteriores y Culta, Susana Mabel Malcorra, Ministerio de Relaciones Exteriores y Culta de la República de Argentina

2. Caja Nacional de Ahorro y Seguro, a cargo de Dra. Silvina Gonzalez Napolitano, Directora Nacional de Asuntos Internacionales y Controversias, Oficina del Procurador del Tesoro de la República de Argentina

3. Caja Nacional de Ahorro y Seguro, a cargo del Ministerio de Hacienda y Finanzas Publicas.

Ref. páginas 4-30 del primer pdf.

Les pedí que devuelven a nosotros las tres Certificaciones de Entrega, debidamente ejecutado, en conformidad del Articulo 6 del Convenio Para la Comunicación y Notificación En El Extranjero de Documentos Judiciales o Extrajudiciales de la Haya del 15 de noviembre de 1965. Me contestaron inicialmente con las certificaciones en blanco.

El 5 de abril, le envió directamente a Usted un correo electrónico pidiendo que me devuelva las tres certificaciones, debidamente llenados, firmados, y sellados. El mismo día recibí su correo solamente con una de los tres, la Certificación de Entrega al Ministerio de la Hacienda.

Podría ser tan amable de enviarnos copias de la Certificación de Entrega (1) a la Ministra de Relaciones Exteriores y Culta, Susana Mabel Malcorra, Ministerio de Relaciones Exteriores y Culta, y (2) a Dra. Silvina Gonzalez Napolitano, Directora Nacional de Asuntos Internacionales y Controversias, Oficina del Procurador del Tesoro de la República de Argentina?

Le saludo cordialmente,

Mark N. Bravin

**Mark N. Bravin** | **Partner, through his professional corporation**
T: 202.355.7909 | mnb@msk.com
**Mitchell Silberberg & Knupp LLP** | **www.msk.com**
1818 N Street NW, 8th Floor, Washington, DC 20036

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

---

**From:** Bravin, Mark
**Sent:** Thursday, April 05, 2018 11:23 AM
**To:** 'Moira Martinez'
**Subject:** Carpe 2113/17 -

Estimada Dra. Martinez – Buenos dias. Adjunto y abajo le presento copia de la comunicación que mandé a su directora el lunes, 2 de abril. Como nadie me contestó, yo llamé ayer y averigué que usted está a cargo del asunto. Tenga la bondad de revisar mi correo e avisame si su oficina, en capacidad de Autoridad Central de Argentina, nos pueda enviar la Certificación en conformidad del Articulo 6 del Convenio Para la Comunicación y Notificación En El Extranjero de Documentos Judiciales o Extrajudiciales de la Haya del 15 de noviembre de 1965, debidamente ejecutado. Espero su pronta respuesta.

Le saludo cordialmente,

Mark Bravin

**Mark N. Bravin** | **Partner, through his professional corporation**
T: 202.355.7909 | mnb@msk.com
**Mitchell Silberberg & Knupp LLP** | **www.msk.com**
1818 N Street NW, 8th Floor, Washington, DC 20036

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Bravin, Mark
**Sent:** Monday, April 02, 2018 7:09 AM
**To:** 'Dra. Maria del Carmen Seoane de Chiodi'
**Cc:** Bey, Tiana
**Subject:** Carpe 2113/17 -

Dra. Maria del Carmen Seoane de Chiodi <msc@mrecic.gov.ar>
Directora de Asistencia Judicial Internacional
Autoridad Central para la Comunicación y Notificación En El Extranjero de Documentos Judiciales o Extrajudiciales de la Haya del 15 de noviembre de 1965
Ministerio de Relaciones Exteriores, Comercio Internacional y Culto
Esmeraldo 1212 – 4TO Piso,
Buenos Aires
Tel. (54) 11 48197171/7249
Fax (54) 11 48197170

Ref: Carpe 2113/17 – Solicitude del International Insurance Company Contra Caja Nacional De Ahorro y Seguro

Estimada Dra. Seonane de Chiodi –

Acuso recibo de su carta adjunta, Nota N$^{o}$ 504/18, con fecha del 12 de enero de 2018, incluyendo 71 fs. de documentos. Dicha carta responde a nuestra solicitación, de parte de nuestro cliente, International Insurance Company, para entregar -- en conformidad al Convenio Para la Comunicación y Notificación En El Extranjero de Documentos Judiciales o Extrajudiciales de la Haya del 15 de noviembre de 1965 – algunos documentos oficiales (sentencias judiciales de la Corte de Destrito de los Estados Unidos, Distrito Norte de Illinois, División Este), en contra de Caja Nacional De Ahorro y Seguro.

En el folio de documentos que Ud. nos devolvió, a la pagina 7, parece la Certificación, que la Autoridad Central debería executar en conformidad del Articulo 6 del Convenio, para confirmar que los documentos judiciales fueron entregados a tal individual en tal fecha y tal dirección en Buenos Aires. Pero en este circunstancia, nos devolvió la Certificación "en blanco" que quiere decir sin llenarlo y sin su firma y estampilla official de la Autoridad Central. Por consecuencia, no tenemos la prueba que necesitamos presentar al juez en Illinois para mostrar que los documentos fueron entregados de acuerdo con el pedido y el Convenio.

Podría ser tan amable de llenar y firmar tal Certificación, y enviarlo a mi despacho por correo electronico?

Atentamente,

Mark Bravin

**Mark N. Bravin** | **Partner, through his professional corporation**
T: 202.355.7909 | mnb@msk.com
**Mitchell Silberberg & Knupp LLP** | **www.msk.com**
1818 N Street NW, 8th Floor, Washington, DC 20036

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW,

# EXHIBIT J

2018096421-3

***NOTICE OF PENDENCY OF ACTION***
**(Lis Pendens)**

TO THE RECORDER OF DEEDS OF THE DISTRICT OF COLUMBIA:

Notice is hereby filed pursuant to D.C. Code § 42-1207 of the pendency of an action in the United States District Court for the District of Columbia, which "directly affects the title to or tenancy interest in, or asserts a mortgage, lien, security interest, right of first offer, right of first refusal, or other ownership interest in real property situated in the District of Columbia[.]" Plaintiff-Judgment Creditor TIG Insurance Company hereby submits this notice and declares, through the undersigned counsel of record, as follows regarding the action and the property affected:

(1) **Name of the court in which action or proceeding has been filed:** United States District Court for the District of Columbia

(2) **Title of the action or proceeding:** *TIG Insurance Company v. Republic of Argentina and Caja Nacional de Ahorro y Seguro*

(3) **Docket number:** No. 1:18-mc-00129 (D.D.C.)

(4) **Date of filing:** September 24, 2018

(5) **Object of the filing:** Enforcement action on default judgments

On September 24, 2018, an action was commenced in the United States District Court for the District of Columbia, captioned ***TIG Insurance Company v. Republic of Argentina and Caja Nacional de Ahorro y Seguro*, No. 1:18-mc-00129** (the "Action"). The object of the Action is to enforce upon two default judgments, payable by the REPUBLIC OF ARGENTINA, dated July 5, 2001 and January 8, 2008 (together, the "Default Judgments"). The Default Judgments were duly issued and rendered by the Northern District of Illinois, and, in connection with the



commencement of the Action, have been registered in the District of Columbia and are being enforced upon pursuant to 28 U.S.C. § 1963 ("A judgment so registered shall have the same effect as a judgment of the district court of the district where registered and may be enforced in like manner.").

(6) **Amount of the claim asserted or the nature of any other relief sought:** The judgment debts at issue total $33,666,021.17. Additionally, relief by way of execution on judgment and attachment-related relief will be sought with respect to the property at 2136 R St., NW and any proceeds from the sale thereof.

(7) **Name of the person whose estate is intended to be affected thereby:** The Republic of Argentina, and Any and All Persons claiming to have an interest in the leasehold or fee simple in the property and premises described below, lying and being in the District of Columbia

(8) **Description of the real property sought to be affected:** 2136 R St., NW, Washington, DC 2008; Square 2513, Lot 0007.

Pursuant to D.C. Code Section 42-1207(c), the D.C. Recorder of Deeds "shall admit for filing and recordation all notices" that meet the requirements of Section 42-1207.

DATED: September 24, 2018

Respectfully submitted,

MITCHELL SILBERBERG & KNUPP LLP

By: [signature]
Mark N. Bravin (D.C. Bar No. 249433)
Gilbert S. Lee (*pro hac vice app. forthcoming*)

Attorneys for TIG Insurance Company

SWORN TO AND SUBSCRIBED before me on this 24th day of 2018.

By: Pamela S. Bouchette
Notary Public

My Commission Expires on 12/14/2018

After recording, return to:
Mitchell Silberberg & Knupp LLP
c/o Mark N. Bravin
1818 N St., NW
Washington, DC 20036

District of Columbia: SS
Subscribed and Sworn to before me
this 24th day of September, 2018
Pamela S. Bouchette
Notary Public, D.C.
My commission expires 12/14/2018

Doc #: 2018096421 Fees: $31.50
09/25/2018 11:28 AM Pages: 3
Filed and Recorded in Official Records of
WASH DC RECORDER OF DEEDS IDA WILLIAMS

| RECORDING FEES | $25.00 |
|---|---|
| SURCHARGE | $6.50 |

THIS IS TO CERTIFY THAT THIS IS A TRUE COPY

SEP 25 2018

Ida Williams
Recorder of Deeds, D.C.