**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

TIG INSURANCE COMPANY,

　　　　　*Plaintiff*,

　　v.

REPUBLIC OF ARGENTINA *et al.*,

　　　　　*Defendants.*

Misc. No. 18-mc-0129 (DLF)

---

**ORDER**

TIG Insurance Group (TIG) seeks emergency relief related to real property owned by the Republic of Argentina.  Based on the limited record before it, the Court is unable to rule on the merits of the emergency motion.  Accordingly, the Court directs TIG to provide additional briefing on the following issues.

First, TIG shall address whether service of process is required and, if so, whether Argentina has been properly served.  Although TIG suggests, in passing, that ex parte relief is available, *see* Mem. in Support of Mots. at 5, Dkt. 2-1, it has attempted to serve Argentina using a variety of methods.  The Court also has attempted to obtain a response from Argentina by contacting counsel through its embassy.  But thus far, Argentina has neither filed a response to this motion nor entered an appearance in this case.  TIG shall provide authority to support its request that the Court proceed without a response from Argentina.

Second, TIG shall inform the Court of the property's uses, including whether and to what extent the property has been used for commercial purposes.

1

Third, TIG shall inform the Court of the current status of the property.  It is unclear from the record whether the property is still on the market.  If the property has been sold, TIG shall address whether the Foreign Sovereign Immunities Act permits any of the relief it seeks.


_____
DABNEY L.  FRIEDRICH
United States District Judge

October 5, 2018