Exhibit A



United States Department of State

*Washington, D.C. 20520*

SEP 1 4 2017

The Honorable
Eleanor Holmes Norton
House of Representatives
Washington, DC 20515

Dear Ms. Norton:

Thank you for your letter dated August 28 regarding buildings owned by foreign missions in the District of Columbia that become vacant and in disrepair. The Department takes this matter very seriously and understands the problems and challenges residents face when foreign governments fail to adequately maintain their buildings and residences in the District of Columbia.

The Department's Office of Foreign Missions (OFM) has a long track record of working closely and collaboratively with the District's Office of International Affairs on strategies and efforts to motivate foreign governments to manage their property assets in a way that is in compliance with the laws and regulations of the District and respectful of their neighbors and our constituents. Many of these efforts are not always publicly known and our combined attempts at achieving the desired resolution for the more prolonged cases have obviously been unsuccessful. With this said, we have found that letters like yours and press attention to such matters have proven in the past to be tools that we have effectively used to motivate certain foreign governments to maintain their real estate assets in a responsible and respectful manner.

We are also in full agreement that via the Foreign Missions Act, Congress has provided the Department with wide latitude to require foreign governments to substantially comply with the District's building codes and regulations. However, the crux of our challenge is the limitations on our ability, as well as that of our District Government partners, under the Vienna Convention on Diplomatic Relations to sufficiently enforce such compliance. Thus, once all attempts to motivate, encourage, and require corrective actions have failed, our final recourse is often to simply revoke a property's entitlement to diplomatic status, resulting in the loss of inviolability and tax exemption. This is the action that was taken several years in the case of the Pakistan properties in the referenced *Northwest Current* article. Once this decision was executed, the District's Office of Tax and Revenue, the Department of Consumer and Regulatory Affairs, and others were free to manage the situation no differently than they would property owned by a corporation or private citizen.

Aside from the Pakistan properties, your letter referenced several other properties/embassies and so we wanted to provide with our view of where the situation stands with each of those.

- **Argentina** 2136 R Street, NW – This property has not been considered "diplomatic" for many years. However, OFM was informed earlier this year that the Argentine Government has authorized the Embassy to sell this and several other properties they own in the District.

-2-

- **Egypt  5500 16th Street, NW** – The Embassy has informed OFM that they have recently awarded a contract to renovate this property.
- **Iraq 3110 Woodland Drive, NW** – The Department has informed the Embassy that it must initiate the long planned renovation of this property no later than October 31, 2017, in order to prevent the removal of the location's diplomatic status – inviolability and tax exemption.
- **Serbia 2221 R Street, NW** – This property has been vacant since the breakup of the Yugoslavia in 1992.  From that time to 2012, the Yugoslav successor states negotiated the assignment amongst themselves of assets owned by Yugoslavia.  Once Serbia became the legal owner of this building they developed a full renovation/modernization plan and obtain the approval of the Foreign Missions Board of Zoning Adjustment to proceed. However, the Serbian Embassy does not have funding available at this time to execute this contract.  OFM is working with the Embassy on some alternative options, but we unfortunately do not have any solid progress or forward plans to report at this time.
- **Sri Lanka  2148 Wyoming Avenue, NW** – The Embassy has reversed its original decision to make this building available for commercial leasing and is now moving to use it as an annex of its chancery.  As a result, OFM has restored its diplomatic status and reinstated its entitlement to a tax exemption.

With the understanding that there are practical limits that interfere with our ability confidently ensure desired outcomes with respect to these types of situations, please know that OFM stands ready to aggressively engage foreign missions with respect to these matters.

The Director (Acting) of OFM, Cliff Seagroves, would be the appropriate individual to discuss this issue with you directly and is available to meet at your convenience.

Sincerely,

Charles S. Faulkner
Bureau of Legislative Affairs

Exhibit B











| | | |
|---|---|---|
| **Type** Single Family | **Year Built** 1911 | **Heating** Other |
| **Cooling** None | **Parking** Attached Garage | **Lot** 2,500 sqft |

INTERIOR FEATURES

**Bedrooms**

Beds: 8

**Bathrooms**

Baths: 6 full, 2 half

Bathrooms Full: 6

Bathrooms Half: 2

**Flooring**

Floor size: 7,560 sqft

Flooring: Hardwood

**Other Interior Features**

Fireplace

Room count: 24

# Home Value

### Zestimate

## $3,074,665

**ZESTIMATE RANGE**
$2.43M - $3.35M

**LAST 30 DAY CHANGE**
+$34,024 (+1.1%)

# Owner Dashboard



**Do you own this home? See your Owner Dashboard.**

# Price / Tax History

| DATE | EVENT | PRICE | $/SQFT | SOURCE |
|---|---|---|---|---|
| 09/28/18 | Listing removed | $2,500,000 | $330 | Washington Fin... |
| 07/26/18 | Listed for sale | $2,500,000 | $330 | Washington Fin... |

# Neighborhood: Kalorama

MEDIAN ZESTIMATE

## $1,249,200

 -4.9%
Past 12 months

Zillow predicts will rise 1% next year, compared to a 1.7% increase for Washington as a whole. Among Kalorama homes, this home is valued 124% more than the midpoint (median) home, but is valued 42.2% less per square foot.

🚶 Walk Score ®  95  (Walker's Paradise)     🚌 Transit Score ™  78  (Excellent Transit)

NEIGHBORHOOD MAP



NEARBY HOMES

‹                                                                    ›

OFF MARKET: ZESTIMATE                          OFF MARKET: ZESTIMATE

**$2,935,333** 6 bds · 4 ba · 4,318 sqft        **$3,152,255** 8 bds · 5.5 ba · 7,388 sqft

2134 R St NW, Washington, DC                    2132 R St NW, Washington, DC

# Nearby Schools in Washington

| GREATSCHOOLS RATING ⓘ | | GRADES | DISTANCE |
|---|---|---|---|
| **10** <br> out of 10 | Ross Elementary | PK-5 | 0.6 mi |
| **10** <br> out of 10 | Oyster-Adams Bilingual School | PK-8 | 0.4 mi |
| **10** <br> out of 10 | School Without Walls High | 9-12 | 0.9 mi |

Data by GreatSchools.org ?

**About the ratings:** Historically, GreatSchools ratings have been based solely on a comparison of standardized test results for all schools in a given state. As of September 2017, the GreatSchools ratings also incorporate additional information, when available, such as college readiness, academic progress, advanced courses, equity, discipline and attendance data. GreatSchools ratings are designed to be a starting point to help parents compare schools, and should not be the only factor used in selecting the right school for your family.

**Disclaimer:** School attendance zone boundaries are provided by a third party and subject to change. Check with the applicable school district prior to making a decision based on these boundaries.

## Similar Homes for Sale

1609 22nd St NW, Washington, DC 20008

**FOR SALE**
$4,435,000
8 beds, 4.0 baths, 5500 s...
1609 22nd St NW, Washing

2127 Leroy Pl NW, Washington, DC 20008

**FOR SALE**
$3,100,000
4 beds, 6.0 baths, 4368 s...
2127 Leroy Pl NW, Washing

1821 23rd St NW, Washington, DC 20008

**FOR SALE**
$2,850,000
5 beds, 6.0 baths, 4950 s...
1821 23rd St NW, Washingto

2323 Tracy Pl NW, Washington, DC 20008

**FOR SALE**
$2,995,000
6 beds, 4.0 baths, 4492 s...
2323 Tracy Pl NW, Washing

1836 24th St NW, Washington, DC 20008

**FOR SALE**
$4,195,000
7 beds, 5.5 baths, 5168 sqft
1836 24th St NW, Washingt

## Nearby Similar Sales

**SOLD: $1,850,000**
Sold on 6/29/2018
5 beds, 4.0 baths, 3926 sqft
2321 Ashmead Pl NW, Washington, DC 20009

**SOLD: $2,000,000**
Sold on 2/15/2018
7 beds, 7.0 baths, 4888 sqft
2210 R St NW, Washington, DC 20008

**SOLD: $2,125,000**
Sold on 11/3/2017
6 beds, 4.5 baths, 3800 sqft
1859 California St NW, Washington, DC 20009

**SOLD: $2,500,000**
Sold on 7/3/2018
5 beds, 6.5 baths, 5350 sqft
1814 19th St NW, Washington, DC 20009

**SOLD: $2,535,000**
Sold on 3/9/2018
5 beds, 4.5 baths, 4323 sqft
1616 22nd St NW, Washington, DC 20008



**R** | City, Address, School, Agent, ZIP 🔍 | Buy ▾  Sell ▾  Real Estate Agents | Log In | Sign Up

🏠 **2136 R St NW**
Washington, DC 20008

**$3,151,109**
Redfin Estimate

**Unknown**
Last Sold Price

**15**
Beds

**9**
Baths

**9,802** Sq. Ft.
$321 / Sq. Ft.

Status: Not For Sale  Source: Public Records

Built: 1911

🤍 Favorite   📷 Photos   ✏️ Edit Facts

Redfin Estimate   Overview   Public Facts   Listing Details   Tour Insights   Property History   Schools   Neighborhood   Similar Homes

NOT FOR SALE

Google  © Google, Inc

**Is This Your Home?**

Track this home's estimate
& nearby sales activity

**I'm the Owner**

For a 2% listing fee, we'll stage and
sell your home for top dollar

Request Consult  |  (202) 902-7823

## Redfin Estimate for 2136 R St NW

Edit Home Facts to improve accuracy.

Create an Owner Estimate

**$3,151,109**

Track This Estimate

October 2018

1 year    5 years

Estimate based on these recent sales. ⓘ



BOUGHT WITH REDFIN 2/15/18   Ⓐ

🏠 **$2,000,000**
2210 R St NW
WASHINGTON, DC 20008

7 Beds | 7 Baths | 4,888 Sq. Ft.

SOLD 6/26/18   Ⓑ

🏠 **$2,500,000**
1814 19TH ST NW
WASHINGTON, DC 20009

7 Beds | 4.5 Baths | 5,500 Sq. Ft.

›

## Owner Estimate for 2136 R St NW

Based on recent homes sales selected by the homeowner.

$ - - - , - - -

Create an Owner Estimate

---

## What Can You Make from Selling Your Home?



Home Sale Price ⓘ

$3,151,109

Outstanding Mortgage ⓘ

$2,521,000

|  | Selling with Traditional Agent | Selling with Redfin Agent |
|---|---|---|
| Your Total Sale Proceeds | $410,057 | +$63,022 $473,079 |
| Seller Agent Commission | 3% ($94,533) | 1% ($31,511) |

Compare Agent Services ⌄

Show Taxes and Fees ⌄

### Get $63,022 More Selling Your Home with a Redfin Agent

First Name

Last Name

Email

Phone

( )   -

**Request Consultation**

By signing up you agree to the **Terms of Service** and **Privacy Policy**.

---

## About This Home

County                    District of Columbia

Map Nearby Homes For Sale                    Expand Map  |  Street View  |  Directions

Last updated over 7 days ago • Source:  Public Records

Map Nearby Homes For Sale                    Expand Map  |  Street View  |  Directions

## Public Facts for 2136 R Street Northwest

**Taxable Value**

| | |
|---|---|
| Land | $694,250 |
| Additions | $2,060,590 |
| Total | $2,754,840 |

**Tax Record**

| | |
|---|---|
| 2018 | **$23,416** |

**Home Facts**

✎ Edit Facts

| | |
|---|---|
| Beds | 15 |
| Baths | 9 |
| Sq. Ft. | 9,802 |
| Stories | 4 |
| Lot Size | 2,500 Sq. Ft. |

| | |
|---|---|
| Style | Townhouse |
| Year Built | 1911 |
| Year Renovated | — |
| County | District of Columbia |
| APN | 25130007 |

Home facts updated by county records on Aug 15, 2018.

## Listing Details for 2136 R Street Northwest

### Interior Features

**Unit Information**
- # of Units: 1

**Room Information**
- # of Rooms: 24

**Fireplace Information**
- Fireplace Type: Yes

**Heating Information**
- Heat Type: Radiant

**Basement Information**
- Unfinished Basement Sq. Ft.: 2,242

**Bathroom Information**
- # of Baths (Total): 9
- # of Full Baths: 9

**Bedroom Information**
- # of Bedrooms: 15

### Exterior Features, Taxes / Assessments

**Exterior Information**
- Roof Type: BuiltUp (Layered Asphalt)
- Property Condition: Average
- Exterior Material: Brick
- Construction Quality (1-Lowest, 10-Highest): 4

**Building Type: Miscellaneous**

**Assessor Information**
- Year of Last Land Appraisal: 2018

### Property / Lot Details

**Property Value Information**
- Improvements Market Value: $74

**Lot Information**
- Primary Lot Number: 7
- Lot Size (Sq. Ft.): 2,500

**Property Information**
- Building/Structure Sq.Ft.: 9,802
- Total number of Stories: 4

- Total Sq. Ft. of All Structures: 7,560
- Total Sq. Ft. of All Structures Description: Living Area
- Total Finished Sq. Ft. of All Buildings on Property: 7,560
- Total Assessor Sq. Ft. of Buildings: 7,560
- # of Structures on Property: 1

## Redfin Tour Insights for 2136 R St NW

**No Tour Insights on This Listing**

We haven't left any insights about this home yet, but as soon as we do, we'll leave our thoughts here.

View 1 insight from previous listings ⌄

## Property History for 2136 R Street Northwest

| Date | Event & Source | Price | Appreciation |
|---|---|---|---|
| Sep 28, 2018 | Delisted (Withdrawn)<br>MRIS #DC10309168 | — | — |
| Sep 28, 2018 | Delisted (Canceled)<br>BRIGHT MLS #1002109832 | — | — |
| Jul 26, 2018 | Listed (Active)<br>MRIS #DC10309168 | * | — |

See all property history ⌄

## Activity for 2136 R St NW

| 👁 **2269** Views | ♡ **145** Favorites | ✗ **6** X-Outs | 🏠 **8** Redfin Tours |
|---|---|---|---|

---

## Schools

**Serving This Home**  |  Elementary  |  Middle  |  High

| School Name | Distance |
|---|---|
| **School Without Walls @ Francis-St...** <br> Public • Preschool to 8 • Serves this home <br> GreatSchools Rating: 8/10 <br> Parent Rating: ⭐⭐⭐⭐ <br> See homes this school serves | 0.4 mi |
| **Cardozo Education Campus** <br> Public • 9 to 12 • Serves this home <br> GreatSchools Rating: 3/10 <br> Parent Rating: ⭐⭐⭐⭐ <br> See homes this school serves | 1.3 mi |

School data provided by GreatSchools. School service boundaries are intended to be used as reference only. To verify enrollment eligibility for a property, contact the school directly.

---

## Neighborhood Info for 2136 R St NW

Washington, DC  >  Adams Morgan / Kalorama Heights / Lanier Heights

**Transportation in Adams Morgan / Kalorama Heights / Lanier Heights**

🚶 **95** /100
Walker's Paradise
Walk Score®

🚆 **78** /100
Excellent Transit
Transit Score®

🚲 **80** /100
Very Bikeable
Bike Score®

This area is a **walker's paradise** — daily errands do not require a car. **Transit is excellent** and convenient for most trips. It's **convenient to use a bike for most trips.**

**Adams Morgan / Kalorama Heights / Lanier Heights** Real Estate Sales (Last 30 days)

| | | | |
|---|---|---|---|
| | Median List Price | **$669,500** | Avg. # Offers | **1.7** |
| | Median $ / Sq. Ft. | **$610** | Avg. Down Payment | **55.4%** |
| | Median Sale / List | **99%** | # Sold Homes | **38** |

**Market Competition in Adams Morgan / Kalorama Heights / Lanier Heights**

Calculated over the last 3 months

## 68 Somewhat Competitive
Redfin Compete Score™

0 ─────────────────────────────────────── 100

- Some homes get multiple offers.
- Homes sell for about list price and go pending in around 30 days.
- Hot Homes can sell for about 2% above list price and go pending in around 17 days.

**What It Takes to Win an Offer near Adams Morgan / Kalorama Heights / Lanier Heights**



~$375K Offer                                    4 Weeks Ago
1 Bed, 1 Bath, ~750 Sq. Ft. Condo
● Winning Offer

| 0% | 4 | 2 | ~20% |
|----|----|----|------|
| Over List Price | Days on Market | Competing Offers | Down Payment |

> In a competitive situation the seller went over list, waived one contingency, and used a local lender, who could close fast, to secure the condo!

John Marcario
Redfin Agent



~$700K Offer                                    9 Weeks Ago
2 Beds, 1.5 Baths, ~1,250 Sq. Ft. Townhouse
● Offer Not Accepted — Sold for $650K

| 3% | 5 | 3 | ~20% |
|----|----|----|------|
| Over List Price | Days on Market | Competing Offers | Down Payment |

Brian Evans
Redfin Agent



~$700K Offer                                    12 Weeks Ago
3 Beds, 2 Baths, ~1,500 Sq. Ft. Condo
● Offer Not Accepted — Sold for $750K

| 2% | 7 | 10 | — |
|----|----|----|------|
| Over List Price | Days on Market | Competing Offers | Down Payment |

Katrina Piano
Redfin Agent



~$550K Offer                                    13 Weeks Ago
1 Bed, 2 Baths, ~750 Sq. Ft. Condo
● Winning Offer

| 4% | 21 | — | ~50% |
|----|----|----|------|
| Under List Price | Days on Market | Competing Offers | Down Payment |

> We were able to get a reduction on the list price by offering very strong financing terms.

Stuart Naranch

Redfin Agent

**~$75K Offer**                                                                    16 Weeks Ago

2 Beds, 2 Baths, ~1,250 Sq. Ft. Townhouse

● **Offer Not Accepted — Sold for $750K**

| 90% | 6 | 3 | — |
|---|---|---|---|
| Under List Price | Days on Market | Competing Offers | Down Payment |

> we waved the home inspection and escalated 35 K over asking but lost to an
> offer with fewer contingencies and a higher escalation

Joe Krupsaw
Redfin Agent

## Median Real Estate Values

| Location | List Price | $ / Sq. Ft. | Sale / List |
|---|---|---|---|
| Kalorama Heights | $2,375,000 | $696 | 86.4% |
| Adams Morgan / Kalorama Heights / Lanier Heights | $998,500 | $671 | 96.4% |
| Northwest Washington | $849,000 | $527 | 99.8% |
| Kalorama | $2,375,000 | $696 | 86.4% |
| 20008 | $1,724,000 | $578 | 99.1% |
| Washington, DC | $725,000 | $481 | 100.0% |
| District of Columbia | $725,000 | $480 | 100.1% |

## Nearby Similar Homes

Homes similar to 2136 R St NW are listed between $999K to $3,400K at an average of $825 per square foot.









## Nearby Recently Sold Homes

Nearby homes similar to 2136 R St NW have recently sold between $599K to $1,975K at an average of $645 per square foot.



**SOLD 4/30/18** — 0.4 mi.
$805,000 — 2 Beds | 2 Baths | 832 Sq. Ft.
1525 26th St NW
Washington, DC 20007



**SOLD 9/27/18** — 0.1 mi.
$1,975,000 — 5 Beds | 3.5 Baths | 3,550 Sq. Ft.
2233 Q St NW
WASHINGTON, DC 20008



**SOLD 5/30/18** — 1.0 mi.
$598,540 — 3 Beds | 3.5 Baths | 2,100 Sq. Ft.
3641 Jamison St NE
Washington, DC 20018



**SOLD 8/03/18** — 0.8 mi.
$1,180,500 — 3 Beds | 2.5 Baths | 1,838 Sq. Ft.
902 Hughes Mews NW
Washington, DC 20037



**SOLD 5/10/18** — 0.4 mi.
$675,000 — 2 Beds | 2 Baths | 868 Sq. Ft.
2117 N St NW #2
Washington, DC 20037

## Nearby Properties

| Address | Redfin Estimate | Address | Redfin Estimate | Address | Redfin Estimate |
|---|---|---|---|---|---|
| 2158 Florida Avenue Northwest<br>Washington, DC<br>4 Beds | 4 Baths | 5087 Sq. Ft. | - | 2150 Florida Avenue Northwest<br>Washington, DC<br>4 Beds | 3 Baths | 2944 Sq. Ft. | $1,342,613 | 2154 Florida Avenue Northwest<br>Washington, DC<br>4 Beds | 4 Baths | 5048 Sq. Ft. | - |
| 2152 Florida Avenue Northwest<br>Washington, DC<br>2 Beds | 3.5 Baths | 3160 Sq. Ft. | - | 2210 R Street Northwest<br>Washington, DC<br>7 Beds | 7 Baths | 4888 Sq. Ft. | $2,532,981 | 1620 22nd Street Northwest<br>Washington, DC<br>5 Beds | 4.5 Baths | 3760 Sq. Ft. | $1,828,876 |
| 1616 22nd Street Northwest<br>WASHINGTON, DC<br>5 Beds | 4.5 Baths | 4323 Sq. Ft. | $2,711,630 | 2203 Massachusetts Avenue ...<br>Washington, DC<br>6 Beds | 4 Baths | 6275 Sq. Ft. | $3,747,020 | 2200 R Street Northwest<br>Washington, DC<br>6 Beds | 6.5 Baths | 7357 Sq. Ft. | $4,314,541 |
| 2131 Massachusetts Avenue N...<br>Washington, DC<br>12 Beds | 9.5 Baths | 11010 Sq. Ft. | $3,983,489 | 1605 22nd Street Northwest<br>Washington, DC<br>3 Beds | 4.5 Baths | 4979 Sq. Ft. | - | 2134 R Street Northwest<br>Washington, DC<br>6 Beds | 4 Baths | 6290 Sq. Ft. | $3,844,855 |

Show More ⌄

## More Real Estate Resources

### Neighborhoods
Adams Morgan
Northwest Washington
Trinidad
Woodley Park
Capitol Hill
Columbia Heights
Show More ⌄

### Nearby Cities
Bowie Real Estate
Arlington Real Estate
Vienna Real Estate
Herndon Real Estate
Silver Spring Real Estate
Hyattsville Real Estate
Show More ⌄

### Zip Codes
20020
22202
22209
20008
20010
20024
Show More ⌄

### Popular Searches
Washington, DC Homes with Parki…
Washington, DC Foreclosures
Washington, DC Green Homes
Washington, DC For Sale by Owner
Washington, DC Cheap Homes
Washington, DC Homes with Base…
Show More ⌄

About
Press
Investor Relations
Research
Blog
Jobs

Referrals
Mobile
Feedback
Contact Us
Help

Updated February 2018: By searching, you agree to the Terms of Use, and Privacy Policy.

Copyright: © 2018 Redfin. All rights reserved. Patent pending.

California BRE #01521930

TREC: Info About Brokerage Services, Consumer Protection Notice

If you are using a screen reader, or having trouble reading this website, please call Redfin Customer Support for help at 1-844-759-7732.

GreatSchools Ratings provided by GreatSchools.org.

**♀trulia** ☰



`OFF MARKET`

# 2136 R St NW

Washington, DC 20008 (Kalorama)

15 beds    9 baths    7,560 sqft    Townhouse



## $3,347,129

Trulia Estimate

Refinance Your Home

☐ Share    ♡ Save

## Homes Nearby For Sale



$2,400,000
🛏 3bd  🛁 3ba  3,705 sqft
1829 23rd St NW
Kalorama, Washington, DC



$3,000,000
🛏 6bd  🛁 3.5ba  2,736 sq...
1325 21st St NW
Dupont Circle, Washington, DC



$365,000
🛏 1bd  🛁 1ba  588 sqft
1920 S St NW
Dupont Circle, Washington, DC



$410,000
🛏 1bd  🛁 1ba  1,014 s...
2500 Q St NW
Georgetown, Washington, DC

➤

## Local Information



**Map View**

See the local terrain and how close this home is to parks and



**Street View**

Take a virtual walk around the neighborhood.



**Schools**

1 Elementary School
1 Middle School
1 High School



**Crime**

Lowest crime relative to the rest of District of Columbia county.



**Commute**

37% of residents commute by car.



**Shop & Ea**

898 Restaur
61 Grocery
329 Nightli

# Home Details

## Overview

Townhouse
15 Beds
9 Baths
Built in 1911

2,500 sqft lot size
7,560 sqft

## Description

This Townhouse is located at 2136 R St NW, Washington, DC. 2136 R St NW is in the Kalorama neighborhood in Washington, DC and in ZIP Code 20008. 2136 R St NW has 15 beds, 9 baths, approximately 7,560 square feet and was built in 1911.

## Price History

| Date | Price | Event |
|------|-------|-------|
| 07/26/2018 | $2,500,000 | Listed for sale |

## Property Taxes and Assessment

| | | |
|------|------|------|
| Year | N/A | |
| Tax | $22,474.42 | |
| Assessments | | |
| | Land | N/A |
| | Improvements | N/A |
| | Total | $2,644,050 |
| Market Value | N/A | |


SPONSORED

### Get the 100% fiber-optic network

Fiber-optics moves crazy amounts of data at even crazier speeds. 100% phenomenal.

Learn more »

fios✓

# Affordability

Calculate your monthly mortgage payments

Your est. payment: $997/mo

| Home Price | Down Payment | |
|------------|--------------|---|
| $  200,000 | $  40,000 | 20  % |

Interest Rate                Loan Type

| 4.69 | % | 30-year fixed | ⌄ |
|---|---|---|---|



$997
/month

- PRINCIPAL & INTEREST ($829)
- PROPERTY TAXES ($93)
- HOME INSURANCE ($75)
- HOA ($0)
- MORTGAGE INS. & OTHER ($0)

**Next Steps:**

See if you qualify for this home

[ Get Pre-Qualified ]

or

See today's mortgage rates

## Additional Costs

### Insurance

**Combine Home & Auto to Save**

Let us help you save more by combining home and auto insurance.

**Find An Agent »**

Sponsored by<br />

### TV, Internet & Phone

**Get the 100% fiber-optic network**

Fiber-optics moves crazy amounts of data at even crazier speeds. 100% phenomenal.

**Get Fios »**

Sponsored by<br />fios✓

## Neighborhood Overview



Overview not available.

## What Locals Say  `BETA`

Here is what locals have to say about **Kalorama**





## Neighborhood Features

% of Locals who say Kalorama has these qualities

👍 **70%**   ☃ There's holiday spirit

👍 **63%**   🛒 It's walkable to grocery stores

👍 **29%**   💬 Neighbors are friendly

See more ⌄

## Neighborhood Reviews

Lived in neighborhood off and on for a total of 26 years. Elegant, friendly, walkable for everything, with Metro, Renoir's Boating Party and coffee places right at hand. Can even take long walk to Kennedy Center, Georgetown, etc.

Read more

by Tuxedopoodle • Resident • 6mo ago

1 ☺

Flag

I used to live in Kalorama Heights a few years ago and I absolutely loved being in this part of the city! The embassy row area is one of the nicest places to live for singles and couples in the nation!

Read more

by Irena J • 3y ago

0 ☺

Flag

## Do you live in Kalorama?

If so, tell our Community about yours:

**Do you know any of your neighbors on a first-name basis?**

Yes     No

Skip Question

Local Legal Protections

## Price Trends

**Real Estate Trends** ⓘ

| | |
|---|---|
| Average Listing Price for 20008 | $1,154,730 |
| Median Sale Price for 20008 | $540,000 |
| Average Sale price/sqft for 20008 | $580/sqft |

View more Sales Trends in 20008

## Comparables and Estimates

**Comparables**

## Sold Homes

| Address | Distance | Property Type | Sold Price | Sold Date | Bed | Bath | Sqft |
|---|---|---|---|---|---|---|---|
| 1801 16th St NW 301, Washington DC | 0.66 | Condo | $665,000 | 09/14/18 | 1 | 1 | 790 |
| 2424 17th St NW 104, Washington DC | 0.82 | Condo | $310,000 | 09/19/18 | - | 1 | 381 |
| 1701 16th St NW, Washington DC | 0.66 | Coop | $330,000 | 09/17/18 | - | - | 272,450 |
| 2540 Massachusetts Ave NW, Washingto... | 0.53 | Coop | $519,270 | 09/21/18 | - | - | 83,663 |
| 1741 T St NW 203, Washington DC | 0.52 | Condo | $395,000 | 09/18/18 | 1 | 1 | 598 |
| 2141 P St NW 901, Washington DC | 0.18 | Condo | $425,000 | 09/20/18 | 1 | 1 | 660 |
| 1330 New Hampshire Ave NW 321, Was... | 0.34 | Condo | $310,000 | 09/12/18 | 1 | 1 | 504 |
| 1301 20th St NW 610, Washington DC | 0.41 | Condo | $330,000 | 09/14/18 | 1 | 1 | 562 |

| 1718 P St NW 412, Washington DC | 0.54 | Condo | $304,500 | 09/17/18 | - | 1 | 441 |
| 1711 Massachusetts Ave NW 103, Wash... | 0.59 | Condo | $320,000 | 09/11/18 | - | 1 | 488 |

## Contact Info

| Name |
| Email |
| Phone |

I'm interested in selling my home at 2136 R St NW, Washington, DC 20008

**Request Info**

By pressing Request Info, you agree that Trulia and real estate professionals may contact you via phone/text about your inquiry, which may involve the use of automated means. You are not required to consent as a condition of purchasing any property, goods or services. Message/data rates may apply. You also agree to our Terms of Use.

Trulia does not endorse any real estate professionals. Real estate professionals include the real estate agents and brokers, mortgage lenders and loan officers, property managers, and other professionals you interact with through Trulia.

No Properties Found

**Sold** / DC / Washington / 20008 / 2136 R St NW

Washington & Nearby Cities

Mount Rainier Real Estate | Rives Real Estate | Chillum Real Estate | Cottage City Real Estate | More ⌄

**Washington Neighborhoods**

Seminary Hill | Chevy Chase | South Kensington | Anacostia Naval Station - Boiling Air Force Base | More ⌄

**Washington Property Types**

Single Family Homes | Condos | Townhomes | Co-Ops | More ⌄

**Real Estate and Mortgage Guides**

Washington Real Estate Guide | Washington Schools | Newest Homes for Sale in District Of Columbia | Newest Rentals in District Of Columbia | More ⌄

About Trulia | About Zillow Group | Careers | Investor Relations | Advertising Terms | Privacy | Terms of Use | Listings Quality Policy | Subscription Terms | Ad Choices | Help

Copyright © 2018 Trulia, LLC. All rights reserved.    ⌂ Equal Housing Opportunity.

Exhibit C

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| TIG INSURANCE COMPANY, as successor by merger to International Insurance Company and International Surplus Lines Insurance Company | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   1:18-mc-00129-DLF |
| REPUBLIC OF ARGENTINA as Successor to Caja Nacional de Ahorra y Seguro, and CAJA NACIONAL DE AHORRO Y SEGURO | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   WASHINGTON FINE PROPERTIES, LLC c/o Registered Agent CT Corporation System, 1015 15th Street, NW, Suite 1000, Washington, DC 20005

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: SEE SUBPOENA ATTACHMENT

| Place: MITCHELL, SILBERBERG & KNUPP LLP<br>1818 N STREET, NW, 7TH FLOOR,<br>WASHINGTON, DC 20036 | Date and Time:<br>11/07/2018 4:15 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   10/05/2018

CLERK OF COURT

OR _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____

TIG INSURANCE COMPANY _____, who issues or requests this subpoena, are:

Mark N. Bravin, Mitchell Silberberg & Knupp LLP, 1818 N Street, NW, 7th Floor, Washington, DC 20036

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:18-mc-00129-DLF

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____     on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                            *Server's signature*

                                               _____
                                                            *Printed name and title*

                                               _____
                                                            *Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order. and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has: must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIG INSURANCE COMPANY, as successor by merger to International Insurance Company and International Surplus Lines Insurance Company; <br><br> Plaintiff-Judgment Creditor, <br><br> v. <br><br> REPUBLIC OF ARGENTINA as successor to Caja Nacional de Ahorro y Seguro; and CAJA NACIONAL DE AHORRO Y SEGURO; <br><br> Defendants-Judgment Debtors. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 1:18-mc-00129-DLF

## SUBPOENA ATTACHMENT

Pursuant to the foregoing Subpoena, produce the following documents and things in response to the following **Requests,** subject to the **Definitions** and **Instructions** that follow:

1. **Documents** sufficient to show when **You** were engaged in connection with, or began rendering services in connection with, the auction and/or sale of 2136 R Street, NW, Washington, DC 20008 announced in the document attached hereto as **Addendum A**.

2. **Documents** sufficient to show the status of the auction and/or sale of 2136 R Street, NW, Washington, DC 20008 as of the date of your response to the Subpoena.

3. All **Documents** that **Evidence, Refer or Relate** to the timeline in calendar year 2018 for the auction and/or sale of 2136 R Street, NW, Washington, DC 20008.

4. All **Documents** that **Evidence, Refer or Relate** to the inclusion and subsequent removal of the active listing of the notice of auction of 2136 R Street, NW, Washington, DC 20008 on

any of **Your** websites, including but not limited to www.wfp.com, and including but not limited to any **Documents** or **Communications** pertaining to why any such active listings were removed.

5.  All **Documents** that **Evidence, Refer or Relate** to the inclusion and subsequent removal of the active listing of the notice of auction of 2136 R Street, NW, Washington, DC 20008 on the Multiple Listing Services (MLS) website or affiliated websites, including but not limited to any **Documents** or **Communications** pertaining to why any such active listings were removed.

6.  All **Documents** that **Evidence, Refer or Relate** to any **Communications** with anyone concerning the sale or potential sale of 2136 R Street, NW, Washington, DC 20008 including but not limited to inquiries received by **You** concerning the property, including but not limited to offers to purchase, offers to bid, bids, or draft and/or final escrow agreements, escrow deposits, and purchase agreements.

7.  All **Communications** between **You** and the seller of 2136 R Street, NW, Washington, DC 20008, or the sellers' **agents,** that **Evidence, Refer or Relate** to 2136 R Street, NW, Washington, DC 20008.

8.  All **Communications** between **You** and the seller of 2136 R Street, NW, Washington, DC 20008, or the sellers' **agents,** that **Evidence, Refer or Relate** to the above-captioned civil action.

9.  **Documents** sufficient to identify any title company or escrow accounts used in connection with the auction, intended sale, or closing for the sale of 2136 R Street, NW, Washington, DC, 20008.

This Subpoena creates an ongoing duty to update your production. **You** are directed to produce promptly any documents covered by the Subpoena that become available to **You** after the time specified for production in the Subpoena.

The above Requests are subject to the following **Instructions:**

1. The time period covered by the Requests is January 1, 2016 through the present.

2. **You** are to search all **Documents** within **Your** possession, custody, or control, wherever located, including but not limited to **Documents** placed in storage facilities, including electronic media, and documents in the possession of any person acting or purporting to act on **Your** behalf.

3. **You** are to produce each **Document** requested herein in its original file folder, file jacket, or cover (or designate in writing the titles of such folder, jacket, or cover with respect to each such **Document**). **Documents** maintained in electronic form are to be produced in their original electronic format, without modification and with all metadata intact.

4. Respond to each Request in full unless **You** object in good faith, in which event state the reasons for the objections with specificity. If an objection pertains to only a portion of a Request, or to a word, phrase or clause contained in a Request, state **Your** objection to that portion only and respond to the remainder of the Request.

5. If **You** claim ambiguity in a Request, or in a Definition or Instruction applicable to a Request, such claim shall not be used as a basis for refusing to respond. Identify in your response the language claimed to be ambiguous as well as the interpretation **You** used in responding to the Request, and produce responsive **Documents.**

6. If, in answering these Requests, **You** seek to rely upon any privilege, the work product doctrine, or any claim of confidentiality or privacy, in refusing to produce any requested

**Documents**, then **You** must identify such **Documents** and set forth the specific grounds upon which **You** refuse to produce such **Documents**. For each such **Document** withheld, **You** shall provide the following: (i) the date of the **Document**; (ii) the author of the **Document**; (iii) the person(s) who assisted in the preparation of the **Document**; (iv) the title or general description of the content of the **Document**; (v) the present location of the **Document**; (vi) the present custodian of the **Document**; (vii) each person who transmitted or received the **Document** or any copy thereof; and (viii) all facts upon which **YOU** rely in asserting the privilege or confidentiality objection.

7. If any of the **Documents** requested was formerly in **Your** possession, custody, or control but no longer is in **Your** possession, custody, or control, state when and what disposition was made of the **Document**, and what efforts, if any, **You** made to obtain each such **Document** in response hereto.

8. If no **Documents** or things exist that are responsive to a particular Request, so state in writing.

9. Produce **Documents** in response to these Requests as they are kept in the usual course of business and organize and label the production to indicate the specific requests to which they respond. Any copy of a document that varies in any way from the original or from any other copy of the document, whether by reason of handwritten notation or other insertion or omission, shall constitute a separate document and must be produced, regardless of whether the original of such document is within your possession, custody or control.

10. Each Request includes a Request for all transmittal sheets, cover letters, exhibits, enclosures and attachments to any otherwise responsive documents in addition to the responsive documents themselves.

The above Requests are subject to the following **Definitions:**

1. **You** and **Your** shall mean and refer to Washington Fine Properties, LLC and any and all of its predecessors, successors, divisions, parents, subsidiaries, affiliates, or **Agents**.

2. **Documents** shall mean and include, but are not limited to, all written or graphic matter, pictures, sounds, or symbols, or combinations thereof, however produced or reproduced, of every kind and description, whether in draft or final version. **Documents** include, but are not limited to, correspondence, records, reports, memoranda, notes, agreements, statements, affidavits, declarations, analyses, plans, specifications, checklists, charts, diagrams, illustrations, photographs, videos, advertisements, telegrams, telexes, faxes, e-mails, instant messages, text messages, computer screen shots, messages and message books, telephone logs, memoranda of telephone conversations, publications, books, brochures, booklets, manuals, flyers, leaflets, contracts, memoranda of agreement, books of accounts, ledgers, journals, working papers, records or summaries of personal interviews or conversations, appointment books, calendars, diaries, journals, quotations, receipts, invoices, packing lists/slips, billing statements, microfilm, microfiche, files, tapes, magnetic tapes, video tapes, discs, data cards, films, data processing files and other readable records or programs. **Documents** include **Electronically Stored Information**, and any request for **Documents** specifically includes a request for the same category of **Electronically Stored Information**.

3. **Electronically Stored Information** shall mean information that is stored in an **Electronic** medium.

4. **Electronic** shall be defined as relating to technology having electrical, digital, magnetic, wireless, optical, electromagnetic, or similar capabilities.

5. **Agents** shall mean and include the past and present agents, representatives, officers, directors, employees, attorneys, accountants, consultants, investigators, partners, affiliates, predecessors, and/or any other individual or entity acting on behalf of the individual or entity designated.

6. **Communication(s)** shall mean any contact, oral or written, formal or informal, at any time or place and under any circumstances whatsoever, by which information of any nature was transmitted or transferred including, without limitation, the giving or exchanging of information by talk, gestures, **Documents**, or any other means, or any request for information by any such means.

7. **Documents** which **Evidence**, **Refer, or Relate** to a given subject matter are **Documents** that, whether directly or indirectly, constitute, memorialize, contain, concern, embody, reflect, identify, state, deal with, comment on, respond to, set forth, describe, analyze, support, contract, or are in any way pertinent to that subject matter.

6

# ADDENDUM A



## 2136 R Street, NW
## Washington, DC 20008

**Important Dates:**

| | |
|---|---|
| Initial Bids Due to: | September 12, 2018 at noon |
| Washington Fine Properties | |
| 3201 New Mexico Ave, NW, Suite 220 | |
| Washington, D.C. 20016 | |
| Initial Bids Opened at: | September 12, 2018 at 3pm |
| Embassy of Argentina | |
| 1600 New Hampshire Ave, NW | |
| Washington, D.C. 20009 | |
| Finalists Selected | by September 21, 2018 (w/in 10 days) |
| Final Bids Due to: | by September 28, 2018 (w/in 8 days) |
| Washington Fine Properties | |
| 3201 New Mexico Ave, NW, Suite 220 | |
| Washington, D.C. 20016 | |
| Awarded Bidder Notified | by October 8, 2018 (w/in 10 days) |

**Pertinent Information:**

- Legal Owner: The Argentine Republic
- Property Tax ID: 2513//0007
- Offer must be above the Base Price of $2,500,000
- "AS IS"
- Buyer pays all taxes and closing costs
- Minimum Term of 30 business days from Initial Bid Date
- Minimum 10% earnest money deposit, with proof of delivery via wire transfer prior to bid submission. Not accepted bids will have deposit returned w/in 5 days.
- Signed on all pages, delivered in a sealed envelope
- Sale conditional on the approval of the Department of State Office of Foreign Missions, which is typically granted w/in 60 days
- Bids must include Annex II regarding connections to government officials and proof of ID.
- Preferred title company: Chicago Title

**Kerry Fortune Carlsen**
202-257-7447
kerry.fortune@wfp.com
DC License: SP98361913

**Liza Tanner Boyd**
202-641-7064
liza.tannerboyd@wfp.com
DC License: SP98376510